JUDGE CROTTY

07 CV 7205

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**Plaintiff**
Faisal Mustafa,
-v-
Limelight Networks, Inc., et al.

**Defendant**

Case No.

Rule 7.1 Statement

RECEIVED
AUG 13 2007
U.S.D.C. S.D.N.Y.
CASHIERS

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for _Plaintiff Faisal Mustafa_ (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

None.

Date: 8/13/07

Signature of Attorney
Laurence Paskowitz, Esq.
Attorney Bar Code: LP-7324

Form Rule7_1.pdf