Gideon A. Schor (GS-5932)
WILSON SONSINI GOODRICH & ROSATI
PROFESSIONAL CORPORATION
1301 Avenue of the Americas, 40th Floor
New York, New York 10019
Tel: (212) 999-5800
Fax: (212) 999-5899

Boris Feldman
Ignacio E. Salceda
WILSON SONSINI GOODRICH & ROSATI
PROFESSIONAL CORPORATION
650 Page Mill Road
Palo Alto, California 94304-1050
Tel: (650) 493-9300
Fax: (650) 493-6811

*Attorneys for Defendants*
*Limelight Networks, Inc., Jeffrey W. Lunsford,*
*Matthew Hale, Walter D. Amaral, Joseph H.*
*Gleberman, Michael M. Gordon, Frederic W. Harman,*
*Mark A. Jung, Allan M. Kaplan, Peter J. Perrone,*
*David C. Peterschmidt, Nathan F. Raciborski, William H.*
*Rinehart, and Gary Valenzuela*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Faisal Mustafa, Individually and On Behalf of All Those Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>Limelight Networks, Inc., Goldman Sachs & Co., Morgan Stanley & Co., Inc., Jeffrey Lunsford, Nathan Raciborski, Allan M. Kaplan, Joseph H. Gleberman, and Peter J. Perrone,<br><br>Defendants. | **ECF CASE**<br><br>**Civ. No. 07-CV-7205 (PAC)**<br><br>**NOTICE OF MOTION FOR ADMISSION PRO HAC VICE OF BORIS FELDMAN** |
| Hendo Weernink, Individually and On Behalf of All Those Similarly Situated,<br><br>Plaintiff,<br><br>vs. | **ECF CASE**<br><br>**Civ. No. 07-CIV-7404 (PAC)** |

| | |
|---|---|
| Limelight Networks, Inc., Goldman Sachs & Co., Morgan Stanley & Co., Inc., Jefferies & Company, Inc., Piper Jaffray & Co., Friedman, Billings, Ramsey, & Co., Inc., Jeffrey Lunsford, Matthew Hale, Walter D. Amaral, Joseph H. Gleberman, Frederic W. Harman, Mark A. Jung, Allan M. Kaplan, Peter J. Perrone, David C. Peterschmidt, Nathan F. Raciborski, and Gary Valenzuela,<br><br>　　　　　　　Defendants. | |
| Scott Kairalla, Individually and On Behalf of All Others Similarly Situated,<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>Limelight Networks, Inc., Jeffrey W. Lunsford, Michael M. Gordon, William H. Rinehart, Matthew Hale, Nathan F. Raciborski, Walter D. Amaral, Joseph H. Gleberman, Frederic W. Harman, Mark A. Jung, Allan M. Kaplan, Peter J. Perrone, David C. Peterschmidt, Gary Valenzuela, Goldman Sachs & Co., Jefferies & Company, Inc., Morgan Stanley & Co., Incorporated, Piper Jaffray & Co., and Friedman, Billings, Ramsey, & Co., Inc.,<br><br>　　　　　　　Defendants. | **ECF CASE**<br><br>**Civ. No. 07-CIV-7417 (PAC)** |
| Tim Radecki, Individually and On Behalf of All Others Similarly Situated,<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>Limelight Networks, Inc., Jeffrey W. Lunsford, Matthew Hale, Nathan F. Raciborski, Allan M. Kaplan, Joseph H. Gleberman, Peter J. Perrone, Goldman, Sachs & Co., Morgan Stanley & Co. Incorporated,<br><br>　　　　　　　Defendants. | **ECF CASE**<br><br>**Civ. No. 07-CIV-7394 (PAC)** |
| Benjamin Paul, Individually and On Behalf of All Others Similarly Situated,<br><br>　　　　　　　Plaintiff, | **ECF CASE**<br><br>**Civ. No. 07-CIV-7432 (PAC)** |

|  |  |
|---|---|
| vs. | ) |
| | ) |
| Limelight Networks, Inc.; Goldman Sachs & Co.; Morgan Stanley & Co., Inc.; Jeffrey W. Lunsford; Nathan F. Raciborski; and Allan M. Kaplan, | ) ) ) ) ) |
| | ) |
| Defendants. | ) |
| | ) |
| Alice Artis, Individually and On Behalf of All Others Similarly Situated, | ) ) ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| Limelight Networks, Inc., Jeffrey W. Lunsford, Matthew Hale, Nathan F. Raciborski, Michael M. Gordon, William H. Rinehart, Allan M. Kaplan, Walter D. Amaral, Joseph H. Gleberman, Frederic W. Harman, Mark A. Jung, Peter J. Perrone, David C. Peterschmidt, Gary Valenzuela, Goldman, Sachs & Co., Morgan Stanley & Co., Inc., Jefferies & Company, Inc., Piper Jaffray & Co., and Friedman, Billings, Ramsey, & Co., Inc., | ) ) ) ) ) ) ) ) ) ) ) |
| | ) |
| Defendants. | ) |

**ECF CASE**

**Civ. No. 07-CIV-7475 (PAC)**

PLEASE TAKE NOTICE that upon the annexed declaration of Gideon A. Schor and all exhibits appended thereto, defendants Limelight Networks, Inc., Jeffrey W. Lunsford, Matthew Hale, Walter D. Amaral, Joseph H. Gleberman, Michael M. Gordon, Frederic W. Harman, Mark A. Jung, Allan M. Kaplan, Peter J. Perrone, David C. Peterschmidt, Nathan F. Raciborski, William H. Rinehart and Gary Valenzuela (the "Limelight Defendants") will move this Court before the Honorable Paul A. Crotty at the United States Courthouse for the Southern District of New York, for an order pursuant to Local Civil Rule 1.3 admitting Boris Feldman, a member of the law firm of Wilson Sonsini Goodrich & Rosati, Professional Corporation, and a member in good standing of the Bar of the State of California, to appear *pro hac vice* in the above-captioned action on behalf of the Limelight Defendants. There are no pending disciplinary proceedings against Mr. Feldman in any state or federal court.

Dated:  September 21, 2007

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

By: _____
    Gideon A. Schor (GS-5932)

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
1301 Avenue of the Americas
40th Floor
New York, New York 10019-6022
Telephone:  (212) 999-5800
Facsimile:   (212) 999-5899


Boris Feldman
Ignacio Salceda

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone:  (650) 493-9300
Facsimile:   (650) 565-5100

Attorneys for Defendants Limelight Networks, Inc., Jeffrey W. Lunsford, Matthew Hale, Walter D. Amaral, Joseph H. Gleberman, Michael M. Gordon, Frederic W. Harman, Mark A. Jung, Allan M. Kaplan, Peter J. Perrone, David C. Peterschmidt, Nathan F. Raciborski, William H. Rinehart, and Gary Valenzuela

Gideon A. Schor (GS-5932)
WILSON SONSINI GOODRICH & ROSATI
PROFESSIONAL CORPORATION
1301 Avenue of the Americas, 40th Floor
New York, New York 10019
Tel:  (212) 999-5800
Fax: (212) 999-5899

Boris Feldman
Ignacio E. Salceda
WILSON SONSINI GOODRICH & ROSATI
PROFESSIONAL CORPORATION
650 Page Mill Road
Palo Alto, California 94304-1050
Tel: (650) 493-9300
Fax: (650) 493-6811

*Attorneys for Defendants
Limelight Networks, Inc., Jeffrey W. Lunsford,
Matthew Hale, Walter D. Amaral, Joseph H.
Gleberman, Michael M. Gordon, Frederic W. Harman,
Mark A. Jung, Allan M. Kaplan, Peter J. Perrone,
David C. Peterschmidt, Nathan F. Raciborski, William H.
Rinehart, and Gary Valenzuela*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Faisal Mustafa, Individually and On Behalf of All Those Similarly Situated,<br><br>    Plaintiff,<br><br>vs.<br><br>Limelight Networks, Inc., Goldman Sachs & Co., Morgan Stanley & Co., Inc., Jeffrey Lunsford, Nathan Raciborski, Allan M. Kaplan, Joseph H. Gleberman, and Peter J. Perrone,<br><br>    Defendants. | ECF CASE<br><br>Civ. No. 07-CV-7205 (PAC)<br><br>**DECLARATION OF GIDEON A. SCHOR IN SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE OF BORIS FELDMAN** |
| Hendo Weernink, Individually and On Behalf of All Those Similarly Situated,<br><br>    Plaintiff,<br><br>vs. | ECF CASE<br><br>Civ. No. 07-CIV-7404 (PAC) |

| | |
|---|---|
| Limelight Networks, Inc., Goldman Sachs & Co., Morgan Stanley & Co., Inc., Jefferies & Company, Inc., Piper Jaffray & Co., Friedman, Billings, Ramsey, & Co., Inc., Jeffrey Lunsford, Matthew Hale, Walter D. Amaral, Joseph H. Gleberman, Frederic W. Harman, Mark A. Jung, Allan M. Kaplan, Peter J. Perrone, David C. Peterschmidt, Nathan F. Raciborski, and Gary Valenzuela,<br><br>              Defendants. | |
| Scott Kairalla, Individually and On Behalf of All Others Similarly Situated,<br><br>              Plaintiff,<br><br>              vs.<br><br>Limelight Networks, Inc., Jeffrey W. Lunsford, Michael M. Gordon, William H. Rinehart, Matthew Hale, Nathan F. Raciborski, Walter D. Amaral, Joseph H. Gleberman, Frederic W. Harman, Mark A. Jung, Allan M. Kaplan, Peter J. Perrone, David C. Peterschmidt, Gary Valenzuela, Goldman Sachs & Co., Jefferies & Company, Inc., Morgan Stanley & Co., Incorporated, Piper Jaffray & Co., and Friedman, Billings, Ramsey, & Co., Inc.,<br><br>            Defendants. | **ECF CASE**<br><br>**Civ. No. 07-CIV-7417 (PAC)** |
| Tim Radecki, Individually and On Behalf of All Others Similarly Situated,<br><br>              Plaintiff,<br><br>              vs.<br><br>Limelight Networks, Inc., Jeffrey W. Lunsford, Matthew Hale, Nathan F. Raciborski, Allan M. Kaplan, Joseph H. Gleberman, Peter J. Perrone, Goldman, Sachs & Co., Morgan Stanley & Co. Incorporated,<br><br>            Defendants. | **ECF CASE**<br><br>**Civ. No. 07-CIV-7394 (PAC)** |
| Benjamin Paul, Individually and On Behalf of All Others Similarly Situated,<br><br>              Plaintiff,<br><br>              vs. | **ECF CASE**<br><br>**Civ. No. 07-CIV-7432 (PAC)** |

| | |
|---|---|
| Limelight Networks, Inc.; Goldman Sachs & Co.; Morgan Stanley & Co., Inc.; Jeffrey W. Lunsford; Nathan F. Raciborski; and Allan M. Kaplan,<br><br>        Defendants.<br><br>Alice Artis, Individually and On Behalf of All Others Similarly Situated,<br><br>        Plaintiff,<br><br>        vs.<br><br>Limelight Networks, Inc., Jeffrey W. Lunsford, Matthew Hale, Nathan F. Raciborski, Michael M. Gordon, William H. Rinehart, Allan M. Kaplan, Walter D. Amaral, Joseph H. Gleberman, Frederic W. Harman, Mark A. Jung, Peter J. Perrone, David C. Peterschmidt, Gary Valenzuela, Goldman, Sachs & Co., Morgan Stanley & Co., Inc., Jefferies & Company, Inc., Piper Jaffray & Co., and Friedman, Billings, Ramsey, & Co., Inc.,<br><br>        Defendants. | **ECF CASE**<br><br>**Civ. No. 07-CIV-7475 (PAC)** |

    I, Gideon A. Schor, declare under penalty of perjury and pursuant to 28 U.S.C. § 1746 that the following is true and correct:

    1.    I am a member of the law firm of Wilson Sonsini Goodrich & Rosati, Professional Corporation, attorneys for defendants Limelight Networks, Inc., Jeffrey W. Lunsford, Matthew Hale, Walter D. Amaral, Joseph H. Gleberman, Michael M. Gordon, Frederic W. Harman, Mark A. Jung, Allan M. Kaplan, Peter J. Perrone, David C. Peterschmidt, Nathan F. Raciborski, William H. Rinehart and Gary Valenzuela (the "Limelight Defendants") in the above-captioned action. I was admitted to practice before this court on June 5, 1990.

    2.    I submit this declaration in support of the Limelight Defendants' motion for the admission *pro hac vice* of Boris Feldman.

3.      Mr. Feldman is a member of the law firm of Wilson Sonsini Goodrich & Rosati, Professional Corporation, in Palo Alto, California, and, upon information and belief, is a member in good standing of the bar of the State of California.

4.      Attached hereto as Exhibit A is a Certificate of Good Standing for Mr. Feldman from the State Bar of California, issued within thirty days of this Declaration.

5.      The Limelight Defendants respectfully request that Boris Feldman be granted admission *pro hac vice* in this action.

I declare under penalty of perjury that the foregoing is true and correct.

Date: September 21, 2007

Gideon A. Schor

# EXHIBIT A

**THE STATE BAR
OF CALIFORNIA**

MEMBER SERVICES CENTER

180 HOWARD STREET, SAN FRANCISCO, CALIFORNIA 94105-1639

TELEPHONE: 888-800-3400

September 13, 2007

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, BORIS FELDMAN, #128838 was admitted to the practice of law in this state by the Supreme Court of California on June 17, 1987; and has been since that date, and is at date hereof, an ACTIVE member of the State Bar of California; and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Governors or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

Kath Lambert
Custodian of Membership Records

Gideon A. Schor (GS-5932)
WILSON SONSINI GOODRICH & ROSATI
PROFESSIONAL CORPORATION
1301 Avenue of the Americas, 40th Floor
New York, New York 10019
Tel: (212) 999-5800
Fax: (212) 999-5899

Boris Feldman
Ignacio E. Salceda
WILSON SONSINI GOODRICH & ROSATI
PROFESSIONAL CORPORATION
650 Page Mill Road
Palo Alto, California 94304-1050
Tel: (650) 493-9300
Fax: (650) 493-6811

*Attorneys for Defendants
Limelight Networks, Inc., Jeffrey W. Lunsford,
Matthew Hale, Walter D. Amaral, Joseph H.
Gleberman, Michael M. Gordon, Frederic W. Harman,
Mark A. Jung, Allan M. Kaplan, Peter J. Perrone,
David C. Peterschmidt, Nathan F. Raciborski, William H.
Rinehart, and Gary Valenzuela*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Faisal Mustafa, Individually and On Behalf of All Those Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>Limelight Networks, Inc., Goldman Sachs & Co., Morgan Stanley & Co., Inc., Jeffrey Lunsford, Nathan Raciborski, Allan M. Kaplan, Joseph H. Gleberman, and Peter J. Perrone,<br><br>Defendants. | **ECF CASE**<br><br>**Civ. No. 07-CV-7205 (PAC)** |
| Hendo Weernink, Individually and On Behalf of All Those Similarly Situated,<br><br>Plaintiff,<br><br>vs. | **ECF CASE**<br><br>**Civ. No. 07-CIV-7404 (PAC)** |

Limelight Networks, Inc., Goldman Sachs & Co., Morgan Stanley & Co., Inc., Jefferies & Company, Inc., Piper Jaffray & Co., Friedman, Billings, Ramsey, & Co., Inc., Jeffrey Lunsford, Matthew Hale, Walter D. Amaral, Joseph H. Gleberman, Frederic W. Harman, Mark A. Jung, Allan M. Kaplan, Peter J. Perrone, David C. Peterschmidt, Nathan F. Raciborski, and Gary Valenzuela,

   Defendants.

---

Scott Kairalla, Individually and On Behalf of All Others Similarly Situated,

   Plaintiff,

  vs.

Limelight Networks, Inc., Jeffrey W. Lunsford, Michael M. Gordon, William H. Rinehart, Matthew Hale, Nathan F. Raciborski, Walter D. Amaral, Joseph H. Gleberman, Frederic W. Harman, Mark A. Jung, Allan M. Kaplan, Peter J. Perrone, David C. Peterschmidt, Gary Valenzuela, Goldman Sachs & Co., Jefferies & Company, Inc., Morgan Stanley & Co., Incorporated, Piper Jaffray & Co., and Friedman, Billings, Ramsey, & Co., Inc.,

   Defendants.

**ECF CASE**

**Civ. No. 07-CIV-7417 (PAC)**

---

Tim Radecki, Individually and On Behalf of All Others Similarly Situated,

   Plaintiff,

  vs.

Limelight Networks, Inc., Jeffrey W. Lunsford, Matthew Hale, Nathan F. Raciborski, Allan M. Kaplan, Joseph H. Gleberman, Peter J. Perrone, Goldman, Sachs & Co., Morgan Stanley & Co. Incorporated,

   Defendants.

**ECF CASE**

**Civ. No. 07-CIV-7394 (PAC)**

---

Benjamin Paul, Individually and On Behalf of All Others Similarly Situated,

   Plaintiff,

**ECF CASE**

**Civ. No. 07-CIV-7432 (PAC)**

|  |  |
|---|---|
| vs. )<br> )<br>Limelight Networks, Inc.; Goldman Sachs & Co.; )<br>Morgan Stanley & Co., Inc.; Jeffrey W. )<br>Lunsford; Nathan F. Raciborski; and Allan M. )<br>Kaplan, )<br> )<br>              Defendants. )<br>_____ )<br>Alice Artis, Individually and On Behalf of All )<br>Others Similarly Situated, )<br> )<br>              Plaintiff, )<br> )<br>vs. )<br> )<br>Limelight Networks, Inc., Jeffrey W. Lunsford, )<br>Matthew Hale, Nathan F. Raciborski, Michael M. )<br>Gordon, William H. Rinehart, Allan M. Kaplan, )<br>Walter D. Amaral, Joseph H. Gleberman, )<br>Frederic W. Harman, Mark A. Jung, Peter J. )<br>Perrone, David C. Peterschmidt, Gary )<br>Valenzuela, Goldman, Sachs & Co., Morgan )<br>Stanley & Co., Inc., Jefferies & Company, Inc., )<br>Piper Jaffray & Co., and Friedman, Billings, )<br>Ramsey, & Co., Inc., )<br> )<br>              Defendants. )<br>_____ ) | **ECF CASE**<br><br>**Civ. No. 07-CIV-7475 (PAC)** |

## CERTIFICATE OF SERVICE

      I hereby certify that on September 21, 2007, I caused a true and correct copy of the Motion for Pro Hac Vice Admission of Boris Feldman to be served by USPS First Class delivery on:

Alan S. Goudiss
Shearman & Sterling LLP
599 Lexington Avenue
New York, NY 10022

David A. Rosenfeld
Coughlin Stoia Geller Rudman & Robbins LLP
58 South Service Road, Suite 200
Melville, NY 11747

Evan J. Smith
Brodsky & Smith LLC
240 Mineola Boulevard
Mineola, NY 11501

Jeffrey A. Klafter
Klafter & Olsen LLP
1311 Mamaroneck Avenue, Suite 220
White Plains, NY 10605

Laurence D. Paskowitz, Esq.
Paskowitz & Associates
60 East 42nd Street, 46th Floor
New York, NY 10165

Lawrence Rosen
The Rosen Law Firm, P.A.
350 Fifth Avenue, Suite 5508
New York, NY 10118

Gregory M. Nespole
Wolf Haldenstein Adler Freeman & Herz LLP
270 Madison Avenue
White Plains, NY 10016

D. Seamus Kaskela
Schiffrin Barroway Topaz & Kessler LLP
280 King of Prussia Road
Radnor, PA 19087

Roy L. Jacobs, Esq.
Roy Jacobs & Associates
60 East 42nd Street, 46th Floor
New York, NY 10165

_/s/ signature_

Gideon A. Schor (GS-5932)
WILSON SONSINI GOODRICH & ROSATI
PROFESSIONAL CORPORATION
1301 Avenue of the Americas, 40th Floor
New York, New York 10019
Tel: (212) 999-5800
Fax: (212) 999-5899

Boris Feldman
Ignacio E. Salceda
WILSON SONSINI GOODRICH & ROSATI
PROFESSIONAL CORPORATION
650 Page Mill Road
Palo Alto, California 94304-1050
Tel: (650) 493-9300
Fax: (650) 493-6811

*Attorneys for Defendants*
*Limelight Networks, Inc., Jeffrey W. Lunsford,*
*Matthew Hale, Walter D. Amaral, Joseph H.*
*Gleberman, Michael M. Gordon, Frederic W. Harman,*
*Mark A. Jung, Allan M. Kaplan, Peter J. Perrone,*
*David C. Peterschmidt, Nathan F. Raciborski, William H.*
*Rinehart, and Gary Valenzuela*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Faisal Mustafa, Individually and On Behalf of All Those Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>Limelight Networks, Inc., Goldman Sachs & Co., Morgan Stanley & Co., Inc., Jeffrey Lunsford, Nathan Raciborski, Allan M. Kaplan, Joseph H. Gleberman, and Peter J. Perrone,<br><br>Defendants. | **ECF CASE**<br><br>**Civ. No. 07-CV-7205 (PAC)**<br><br><br>**ORDER GRANTING MOTION FOR ADMISSION PRO HAC VICE OF BORIS FELDMAN** |
| Hendo Weernink, Individually and On Behalf of All Those Similarly Situated,<br><br>Plaintiff,<br><br>vs. | **ECF CASE**<br><br>**Civ. No. 07-CIV-7404 (PAC)** |

| | |
|---|---|
| Limelight Networks, Inc., Goldman Sachs & Co., Morgan Stanley & Co., Inc., Jefferies & Company, Inc., Piper Jaffray & Co., Friedman, Billings, Ramsey, & Co., Inc., Jeffrey Lunsford, Matthew Hale, Walter D. Amaral, Joseph H. Gleberman, Frederic W. Harman, Mark A. Jung, Allan M. Kaplan, Peter J. Perrone, David C. Peterschmidt, Nathan F. Raciborski, and Gary Valenzuela,<br><br>          Defendants. | |
| Scott Kairalla, Individually and On Behalf of All Others Similarly Situated,<br><br>          Plaintiff,<br><br>    vs.<br><br>Limelight Networks, Inc., Jeffrey W. Lunsford, Michael M. Gordon, William H. Rinehart, Matthew Hale, Nathan F. Raciborski, Walter D. Amaral, Joseph H. Gleberman, Frederic W. Harman, Mark A. Jung, Allan M. Kaplan, Peter J. Perrone, David C. Peterschmidt, Gary Valenzuela, Goldman Sachs & Co., Jefferies & Company, Inc., Morgan Stanley & Co., Incorporated, Piper Jaffray & Co., and Friedman, Billings, Ramsey, & Co., Inc.,<br><br>          Defendants. | **ECF CASE**<br><br>**Civ. No. 07-CIV-7417 (PAC)** |
| Tim Radecki, Individually and On Behalf of All Others Similarly Situated,<br><br>          Plaintiff,<br><br>    vs.<br><br>Limelight Networks, Inc., Jeffrey W. Lunsford, Matthew Hale, Nathan F. Raciborski, Allan M. Kaplan, Joseph H. Gleberman, Peter J. Perrone, Goldman, Sachs & Co., Morgan Stanley & Co. Incorporated,<br><br>          Defendants. | **ECF CASE**<br><br>**Civ. No. 07-CIV-7394 (PAC)** |
| Benjamin Paul, Individually and On Behalf of All Others Similarly Situated,<br><br>          Plaintiff, | **ECF CASE**<br><br>**Civ. No. 07-CIV-7432 (PAC)** |

|  |  |
|---|---|
| vs.<br><br>Limelight Networks, Inc.; Goldman Sachs & Co.; Morgan Stanley & Co., Inc.; Jeffrey W. Lunsford; Nathan F. Raciborski; and Allan M. Kaplan,<br><br>        Defendants. | |
| Alice Artis, Individually and On Behalf of All Others Similarly Situated,<br><br>        Plaintiff,<br><br>vs.<br><br>Limelight Networks, Inc., Jeffrey W. Lunsford, Matthew Hale, Nathan F. Raciborski, Michael M. Gordon, William H. Rinehart, Allan M. Kaplan, Walter D. Amaral, Joseph H. Gleberman, Frederic W. Harman, Mark A. Jung, Peter J. Perrone, David C. Peterschmidt, Gary Valenzuela, Goldman, Sachs & Co., Morgan Stanley & Co., Inc., Jefferies & Company, Inc., Piper Jaffray & Co., and Friedman, Billings, Ramsey, & Co., Inc.,<br><br>        Defendants. | **ECF CASE**<br><br>**Civ. No. 07-CIV-7475 (PAC)** |

THIS MATTER having been brought before the Court by defendants Limelight Networks, Inc., Jeffrey W. Lunsford, Matthew Hale, Walter D. Amaral, Joseph H. Gleberman, Michael M. Gordon, Frederic W. Harman, Mark A. Jung, Allan M. Kaplan, Peter J. Perrone, David C. Peterschmidt, Nathan F. Raciborski, William H. Rinehart and Gary Valenzuela (the "Limelight Defendants") for an order pursuant to Local Civil Rule 1.3 admitting Boris Feldman to appear and participate *pro hac vice* in this action on behalf of the Limelight Defendants, and for good cause shown;

IT IS on this ____ day of _____, 2007;

ORDERED that Boris Feldman, being a member in good standing of the bar of the State of California, be permitted to appear *pro hac vice* in the above-captioned matter.

The attorney admitted *pro hac vice* must serve a copy of this Order on all other counsel in this case.

                                                                                    _____

                                                                                    Honorable Paul A. Crotty
                                                                                    United States District Judge