UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Faisal Mustafa, Individually and On Behalf of All Those Similarly Situated, ) | **ECF CASE** |
| ) | |
| Plaintiff, ) | **Civ. No. 07-CV-7205 (PAC)** |
| ) | |
| vs. ) | |
| ) | **[PROPOSED] ORDER GRANTING LIMELIGHT DEFENDANTS'** |
| Limelight Networks, Inc., Goldman Sachs & Co., ) Morgan Stanley & Co., Inc., Jeffrey Lunsford, ) Nathan Raciborski, Allan M. Kaplan, Joseph H. ) Gleberman, and Peter J. Perrone, ) | **MOTION TO TRANSFER VENUE TO THE DISTRICT OF ARIZONA** |
| ) | |
| Defendants. ) | |
| ) | |
| Hendo Weernink, Individually and On Behalf of All Those Similarly Situated, ) | **ECF CASE** |
| ) | |
| Plaintiff, ) | **Civ. No. 07-CIV-7404 (PAC)** |
| ) | |
| vs. ) | |
| ) | |
| Limelight Networks, Inc., Goldman Sachs & Co., ) Morgan Stanley & Co. Inc., Jefferies & ) Company, Inc., Piper Jaffray & Co., Friedman, ) Billings, Ramsey, & Co., Inc., Jeffrey W. ) Lunsford, Matthew Hale, Walter D. Amaral, ) Joseph H. Gleberman, Frederic W. Harman, ) Mark A. Jung, Allan M. Kaplan, Peter J. Perrone, ) David C. Peterschmidt, Nathan F. Raciborski, ) and Gary Valenzuela, ) | |
| ) | |
| Defendants. ) | |
| ) | |
| Scott Kairalla, Individually and On Behalf of All Others Similarly Situated, ) | **ECF CASE** |
| ) | |
| Plaintiff, ) | **Civ. No. 07-CIV-7417 (PAC)** |
| ) | |
| vs. ) | |
| ) | |
| Limelight Networks, Inc., Jeffrey W. Lunsford, ) Michael M. Gordon, William H. Rinehart, ) Matthew Hale, Nathan F. Raciborski, Walter D. ) Amaral, Joseph H. Gleberman, Fredric W. ) Harman, Mark A. Jung, Allan M. Kaplan, Peter J. ) Perrone, David C. Peterschmidt, Gary ) Valenzuela, Goldman Sachs & Co., Jefferies & ) Company, Inc., Morgan Stanley & Co. ) | |

| | |
|---|---|
| Incorporated, Piper Jaffray & Co., and Friedman, Billings, Ramsey, & Co., Inc., ) ) ) | |
| Defendants. ) ) | |
| Tim Radecki, Individually and On Behalf of All Others Similarly Situated, ) ) ) | **ECF CASE** |
| Plaintiff, ) ) ) | **Civ. No. 07-CIV-7394 (PAC)** |
| vs. ) ) | |
| Limelight Networks, Inc., Jeffrey W. Lunsford, Matthew Hale, Nathan F. Raciborski, Allan M. Kaplan, Joseph H. Gleberman, Peter J. Perrone, Goldman, Sachs & Co., and Morgan Stanley & Co. Incorporated, ) ) ) ) ) ) ) | |
| Defendants. ) ) | |
| Benjamin Paul, Individually and On Behalf of All Others Similarly Situated, ) ) ) | **ECF CASE** |
| Plaintiff, ) ) ) | **Civ. No. 07-CIV-7432 (PAC)** |
| vs. ) ) | |
| Limelight Networks, Inc.; Goldman Sachs & Co.; Morgan Stanley & Co., Inc.; Jeffrey W Lunsford; Nathan F. Raciborski; and Allan M. Kaplan, ) ) ) ) | |
| Defendants. ) ) | |
| Alice Artis, Individually and On Behalf of All Others Similarly Situated, ) ) ) | **ECF CASE** |
| Plaintiff, ) ) ) | **Civ. No. 07-CIV-7475 (PAC)** |
| vs. ) ) | |
| Limelight Networks, Inc., Jeffrey W. Lunsford, Matthew Hale, Nathan Raciborski, Michael W. Gordon, William H. Rinehart, Allan M. Kaplan, Walter D. Amaral, Joseph H. Gleberman, Frederc W. Harman, Mark A. Jung, Peter J. Perrone, David C. Peterschmidt, Gary Valenzuela, Goldman, Sachs & Co., Morgan Stanley & Co., Inc., Jefferies & Company, Inc., Piper Jaffray & Co., and Friedman, Billings, Ramsey, & Co., Inc., ) ) ) ) ) ) ) ) ) ) | |
| Defendants. ) | |

Upon reviewing the parties' submissions, and good cause appearing therefor, the Court hereby GRANTS the Limelight Defendants' Motion to Transfer Venue to the United States District Court for the District of Arizona. Pursuant to 28 U.S.C. §1404(a), the above-captioned actions are hereby transferred to the United States District Court for the District of Arizona.

IT IS SO ORDERED.

_____
Honorable Paul A. Crotty
United States District Judge