

# SCHIFFRIN BARROWAY TOPAZ & KESSLER, LLP
### Attorneys at Law

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: OCT 1 2 2007
```

280 King of Prussia Road • Radnor, Pennsylvania 19087 • (610) 667-7706 • Fax: (610) 667-7056
2125 Oak Grove Road, Suite 120 • Walnut Creek, California 94598 • (925) 945-0200 • Fax: (925) 945-8792

www.sbtklaw.com

Writer's Direct Dial (610) 667-7706
E-Mail: tcummings@sbclasslaw.com

October 11, 2007

10/12/07
**Application GRANTED**
**SO Ordered**

/s/ Paul A. Crotty

VIA FAX 212-805-6304

Hon. Paul A. Crotty
United States District Court
Southern District of New York
500 Pearl Street, Room 735
New York, NY 10007

Re:   *Mustafa v. Limelight Networks, Inc. et al.*
      Case No: 1:07-CV-07205-PAC

Dear Judge Crotty:

My firm has been recently retained by investors who wish to make a motion for appointment as Lead Plaintiff in the above referenced actions. Pursuant to the Private Securities Litigation Reform Act of 1995 ("PSLRA") this motion must be made by any class member(s) who wish to seek appointment as Lead Plaintiff, whether or not they have previously filed a complaint, no later than 60 days from the publication of the first notice that was issued advising the public of the pendency of the actions. 15 U.S.C. §§ 78u-4(a)(3)(A) and (B). This notice was issued on August 13, 2007; accordingly, our clients must file their Lead Plaintiff motion no later than October 12, 2007 in order to timely file under the PSLRA.

Your Honors Individual Practices, however, state that "a pre-motion conference with the Court is required." Rule 3(A). Because of the strict deadline imposed by the PSLRA, we respectfully request leave from complying with this practice so that we may file our Lead Plaintiff motion on October 12, 2007.

Respectfully submitted,

SCHIFFRIN & BARROWAY
TOPAZ & KESSLER, LLP

By: /s/ Tammy D. Cummings
Tammy D. Cummings

TDC/lmb

**MEMO ENDORSED**

Hon. Paul A. Crotty
October 11, 2007
Page 2

cc: Laurence Paskowitz, Esq.
    Roy Laurence Jacobs, Esq.
    Jeffrey Alan Klafter, Esq.
    Brian Felgoise, Esq.
    Gregory Mark Nespole, Esq.
    Darren J. Robbins, Esq.
    David Avi Rosenfeld, Esq.
    Laurence Matthew Rosen, Esq.
    Evan J. Smith, Esq.

857131.1

# Labaton Sucharow

ALAN I. ELLMAN

Direct Dial: (212) 907-0877
Direct Fax: (212) 883-7077
aellman@labaton.com

October 11, 2007

**VIA FACSIMILE**

Honorable Paul A. Crotty
United States District Judge
United States Courthouse
500 Pearl Street, Room 20-C
New York, New York 10007-1312

Re:   *Mustafa v. Limelight Networks, Inc. et al.,*
      Case No. 1:07-cv-07205-PAC

Dear Judge Crotty:

This firm represents a plaintiff that intends to file a motion for consolidation of the above-captioned securities class actions and all related actions, and for appointment as lead plaintiff and approval of selection of lead counsel pursuant to Section 21D of the Securities Exchange Act, 15 U.S.C. § 78u-4(a)(3)(A)(the "Lead Plaintiff Motion").

We are aware of the Court's Individual Practice Rule requiring that a movant request a pre-motion conference prior to the filing of any motion. We write to seek leave from that rule. We wish to file the Lead Plaintiff Motion so as to meet the Exchange Act's requirement that such motions be filed no later than 60 days after the date the notice of action was first published. *See* 15 U.S.C. § 78u-4(a)(3)(A)(i)(II). In this case, the first notice of action was published on August 13, 2007, and the lead plaintiff motion must be filed no later than Friday, October 12, 2007. We respectfully submit that, under these circumstances where we do not know the identities of all other lead plaintiff movants, and where filing of a motion is statutorily mandated by the 60-day limit, the requirement of a pre motion conference should be waived and that leave be granted to file the Lead Plaintiff Motion.

Lastly, please be informed that this firm intends to also file a lead plaintiff motion in connection with this case in the District Court of Arizona.

We thank the Court for its consideration of our request.

Respectfully,

*/s/ Alan I. Ellman*

Alan I. Ellman, Esq.

# Labaton Sucharow

Judge Paul A. Crotty
Page 2

cc: Andrew S. Friedman, Esq.
    Deborah Gross, Esq.
Jeremy J. Christian, Esq.
Laurence Paskowitz, Esq.
Roy L. Jacobs, Esq.
Gideon A. Schor, Esq.
Boris Feldman, Esq.
Jeffrey A. Klafter, Esq.
Gregory Nespole, Esq.
Darren J. Robbins, Esq.
David A. Rosenfeld, Esq.
Laurence M. Rosen, Esq.
Evan J. Smith, Esq.