**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| FAISAL MUSTAFA, Individually and on Behalf of All Those Similarly Situated, | ECF CASE |
| | Civil No. 07-CV-7205 (PAC) |
| Plaintiff, | |
| vs. | |
| LIMELIGHT NETWORKS, INC., GOLDMAN SACHS & CO., MORGAN STANLEY & CO., INC., JEFFREY LUNSFORD, NATHAN RACIBORSKI, ALLAN M. KAPLAN, JOSEPH H. GLEBERMAN, and PETER J. PERRONE, | CLASS ACTION |
| Defendants. | |

(Captions Continued. . . .)

## NOTICE OF MOTION

Gregory M. Nespole
Laurence J. Hasson
**WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP**
Attorneys for Plaintiff
270 Madison Avenue
New York, New York 10016
(212) 545-4600
*Attorneys for Plaintiffs Dennis Gold and Hendo Weernink*

| | |
|---|---|
| TIM RADECKI, Individually and on Behalf of All Those Similarly Situated,<br><br>    Plaintiff,<br><br>  vs.<br><br>LIMELIGHT NETWORKS, INC., JEFFREY W. LUNSFORD, MATTHEW HALE, NATHAN F. RACIBORSKI, ALLAN M. KAPLAN, JOSEPH H. GLEBERMAN, PETER J. PERRONE, GOLDMAN, SACHS & CO., and MORGAN STANLEY & CO., INCORPORATED,<br><br>    Defendants. | ECF CASE<br><br>Civ. No. 07-CV-7394 (PAC)<br><br><br><br><br><br>CLASS ACTION |
| HENDO WEERNINK, Individually and on Behalf of All Those Similarly Situated,<br><br>    Plaintiff,<br><br>  vs.<br><br>LIMELIGHT NETWORKS, INC., GOLDMAN SACHS & CO., MORGAN STANLEY & CO., INC., JEFFRIES & COMPANY, INC., PIPER JAFFRAY & CO., FRIEDMAN, BILLINGS, RAMSEY & CO., INC., JEFFREY LUNSFORD, MATTHEW HALE, WALTER D. AMARAL, JOSEPH H. GLEBERMAN, FREDERIC W. HARMAN, MARK A. JUNG, ALLAN M. KAPLAN, PETER J. PERRONE, DAVID C. PETERSCHMIDT, NATHAN F. RACIBORSKI, and GARY VALENZUELA,<br><br>    Defendants. | ECF CASE<br><br>Civ. No. 07-CV-7404 (PAC)<br><br><br><br><br><br>CLASS ACTION |

| | |
|---|---|
| SCOTT KAIRALLA, Individually and on Behalf of All Those Similarly Situated,<br><br>Plaintiff,<br><br>    vs.<br><br>LIMELIGHT NETWORKS, INC., JEFFREY W. LUNSFORD, MICHAL M. GORDON, WILLIAM H. RINEHART, MATTHEW HALE, NATHAN F. RACIBORSKI, WALTER D. AMARAL, JOSEPH H. GLEBERMAN, FREDERIC W. HARMAN, MARK A. JUNG, ALLAN M. KAPLAN, PETER J. PERRONE, DAVID C. PETERSCHMIDT, GARY VALENZUELA, GOLDMAN, SACHS & CO., JEFFRIES & COMPANY, INC., MORGAN STANLEY & CO., INCORPORATED, PIPER JAFFRAY & CO. and FRIEDMAN, BILLINGS, RAMSEY & CO., INC,<br><br>          Defendants. | ECF CASE<br><br>Civ. No. 07-CV-7417 (PAC)<br><br><br><br><br>CLASS ACTION |
| BENJAMIN PAUL, Individually and on Behalf of All Those Similarly Situated,<br><br>Plaintiff,<br><br>    vs.<br><br>LIMELIGHT NETWORKS, INC., GOLDMAN SACHS & CO., MORGAN STANLEY & CO., INC., JEFFREY w. LUNSFORD, NATHAN F. RACIBORSKI, and ALLAN M. KAPLAN,<br><br>          Defendants. | ECF CASE<br><br>Civ. No. 07-CV-7432 (PAC)<br><br><br><br>CLASS ACTION |

| | |
|---|---|
| ALICE ARTIS, Individually and on Behalf of All Those Similarly Situated,<br><br>    Plaintiff,<br><br>  vs.<br><br>LIMELIGHT NETWORKS, INC., JEFFREY W. LUNSFORD, MATTHEW HALE, NATHAN RACIBORSKI, MICHAEL W. GORDON, WILLIAM H. RINEHART, ALLAN M. KAPLAN, WALTER D. AMARAL, JOSEPH H. GLEBERMAN, FEDERC W. HARMON, MARK A. JUNG, PETER J. PERRONE, DAVID C. PETERSCHMIDT, GARY VALENZUELA, GOLDMAN SACHS & CO., MORGAN STANLEY & CO., INC., JEFFRIES & COMPANY, INC., PIPER JAFFRAY & CO., FRIEDMAN, BILLINGS, RAMSEY & CO., INC.,<br><br>    Defendants. | ECF CASE<br><br>Civ. No. 07-CV-7475 (PAC)<br><br><br><br>CLASS ACTION |

**PLEASE TAKE NOTICE**, that upon the annexed Declaration of Gregory Mark Nespole, Memorandum of Law, and Proposed Order, Dennis Gold will move this Court located at the Courthouse, 500 Pearl Street, New York, New York 10007-1312, on October 12, 2007, or as soon thereafter as counsel may be heard for an Order pursuant to Section 27(a)(3)(B) of the Securities Act of 1933 and Section 21D(a)(3)(B) of the Securities and Exchange Act of 1934, as amended by the Private Securities Litigation Reform Act of 1995 ("PSLRA"), for his appointment to serve as Lead Plaintiff on behalf of all persons who purchased Limelight Networks, Inc. ("Limelight" or "Company") common stock from the date of the Company's initial public offering on June 8, 2007, through August 8, 2007, inclusive, seeking to pursue remedies under Sections 11, 12(a)2 and 15 of the Securities Act, and for violations of Sections 10(b) and 20(a) of the Exchange Act, and Rule 10b-5 promulgated thereunder; and for the approval of his choice of Wolf Haldenstein Adler Freeman & Herz LLP as Lead Counsel.

**PLEASE TAKE FURTHER NOTICE**, that Dennis Gold, as the proposed Lead Plaintiff for the Class, has timely filed his motion and, pursuant to the PSLRA, is believed to constitute the investor with the largest financial interest in the outcome of the case for the Class, and is otherwise the most adequate Lead Plaintiff. Dennis Gold satisfies the requirements of the PSLRA and Rule 23 of the Federal Rules of Civil Procedure in that his claims are typical of the claims of the Class, and he will fairly and adequately represent the interests of the Class. Dennis Gold's choice of counsel should be accepted by this Court because his selected counsel is a nationally recognized firm with extensive experience and expertise in securities fraud and other class actions.

Dated:  October 12, 2007
        New York, New York

Respectfully submitted,

**WOLF HALDENSTEIN ADLER
FREEMAN & HERZ LLP**

By:  _____/s/_____
        Gregory M. Nespole (GN 6820)
        Laurence J. Hasson (LH 5834)
        270 Madison Avenue
        New York, New York 10016
        Telephone:  (212) 545-4600
        Facsimile:  (212) 545-4653

        *Proposed Lead Counsel*

Brian M. Felgoise, Esq.
**LAW OFFICES OF BRIAN M. FELGOISE, P.C.**
The Pavilion
261 Old York Road – Suite 423
Jenkintonw, PA 19046
P: 215-886-1900
F: 215-886-1909

490296