**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**


```
------------------------------------------------------------ x
                                                       :
FAISAL MUSTAFA, Individually, and On                   :
Behalf of All Others Similarly Situated,               :
                                                       :   Electronically Filed
                              Plaintiff,               :
                                                       :   Civil Action No.: 1:07-cv-07205-PAC
                       v.                              :   (ECF Case)
                                                       :
LIMELIGHT NETWORKS, INC., GOLDMAN                      :   Hon. Paul A. Crotty
SACHS & CO., MORGAN STANLEY & CO.,                     :
INC., JEFFREY LUNSFORD, NATHAN                         :
RACIBORSKI, ALLAN M. KAPLAN,                           :
JOSEPH H. GLEBERMAN,  and PETER J.                     :
PERRONE,                                               :
                                                       :
                              Defendants.              :
                                                       :
------------------------------------------------------------ x
```

*(Additional captions on the following pages)*


**MOTION OF THE ROBBINS GROUP FOR CONSOLIDATION, APPOINTMENT**
**AS LEAD PLAINTIFF, AND APPROVAL OF SELECTION OF LEAD COUNSEL**

```
--------------------------------------------------------- x
                                                          :
TIM RADECKI, Individually, and On Behalf of :
All Others Similarly Situated,                            :
                                                          :    Electronically Filed
                              Plaintiff,                  :
                                                          :    Civil Action No.: 1:07-cv-07394-PAC
                     v.                                   :    (ECF Case)
                                                          :
LIMELIGHT NETWORKS, INC., JEFFREY         :    Hon. Paul A. Crotty
W. LUNSFORD, MATTHEW HALE,                 :
NATHAN F. RACIBORSKI, ALLAN M.             :
KAPLAN, JOSEPH H. GLEBERMAN, PETER :
J. PERRONE, GOLDMAN, SACHS & CO.,          :
and MORGAN STANLEY & CO.,                  :
INCORPORATED.,                             :
                                                          :
                              Defendants.                 :
                                                          :
--------------------------------------------------------- x
                                                          :
HENDO WEENINK, Individually, and On      :
Behalf of All Others Similarly Situated,   :
                                                          :    Electronically Filed
                              Plaintiff,                  :
                                                          :    Civil Action No.: 1:07-cv-07404-PAC
                     v.                                   :    (ECF Case)
                                                          :
LIMELIGHT NETWORKS, INC., GOLDMAN :    Hon. Paul A. Crotty
SACHS & CO., MORGAN STANLEY & CO.,        :
INC., PIPER JAFFRAY & CO., FRIEDMAN,      :
BILLINGS, RAMSEY & CO., INC., JEFFREY :
LUNSFORD, MATTHEW HALE, WALTER            :
D. AMARAL, JOSEPH H. GLEBERMAN,           :
FREDERIC W. HARMAN, MARK A. JUNG,         :
ALLAN M. KAPLAN, PETER J. PERRONE,        :
DAVID C. PETERSCHMIDT, NATHAN F.          :
RACIBORSKI, and GARY VALENZUELA,          :
                                                          :
                              Defendants.                 :
                                                          :
--------------------------------------------------------- x
```

```
----------------------------------------------------------- x
                                                      :
SCOTT KAIRALLA, Individually, and On                  :
Behalf of All Others Similarly Situated,              :       Electronically Filed
                                                      :
              Plaintiff,                              :       Civil Action No.: 1:07-cv-07417-PAC
                                                      :       (ECF Case)
         v.                                           :
                                                      :       Hon. Paul A. Crotty
LIMELIGHT NETWORKS, INC., JEFFREY                     :
W. LUNSFORD, MICHAEL M. GORDON,                       :
WILLIAM H. RINEHART, MATTHEW                          :
HALE, NATHAN F. RACIBORSKI,                           :
WALTER D. AMARAL, JOSEPH H.                           :
GLEBERMAN, FREDERIC W. HARMAN,                        :
MARK A. JUNG, ALLAN M. KAPLAN,                        :
PETER J. PERRONE, DAVID C.                            :
PETERSCHMIDT, GARY VALENZUELA,                        :
GOLDMAN SACHS & CO., JEFFERIES &                      :
COMPANY, INC., MORGAN STANLEY &                       :
CO., INCORPORATED, PIPER JAFFRAY &                    :
CO., and FRIEDMAN, BILLINGS, RAMSEY                   :
& CO., INC.,                                          :
                                                      :
              Defendants.                             :
                                                      :
----------------------------------------------------------- x
                                                      :
BENJAMIN PAUL, Individually, and On                   :
Behalf of All Others Similarly Situated,              :       Electronically Filed
                                                      :
              Plaintiff,                              :       Civil Action No.: 1:07-cv-07432-PAC
                                                      :       (ECF Case)
         v.                                           :
                                                      :       Hon. Paul A. Crotty
LIMELIGHT NETWORKS, INC., GOLDMAN                     :
SACHS & CO., MORGAN STANLEY & CO.,                    :
INC., JEFFREY W. LUNSFORD, NATHAN F.                  :
RACIBORSKI,and ALLAN M. KAPLAN,                       :
                                                      :
              Defendants.                             :
                                                      :
----------------------------------------------------------- x
```

```
------------------------------------------------------------ x
                                                     :
ALICE ARTIS, Individually, and On Behalf of          :
All Others Similarly Situated,                       :   Electronically Filed
                                                     :
                    Plaintiff,                       :   Civil Action No.: 1:07-cv-07475-PAC
                                                     :   (ECF Case)
           v.                                        :
                                                     :   Hon. Paul A. Crotty
LIMELIGHT NETWORKS, INC., JEFFREY                    :
W. LUNSFORDM MATTHEW HALE,                           :
NATHAN F. RACIBORSKI, MICHAEL M.                     :
GORDON, WILLIAM H. RINEHART,                         :
ALLAN M. KAPLAN, WALTER D.                           :
AMARAL, JOSEPH H. GLEBERMAN,                         :
FREDERIC W. HARMAN, MARK A. JUNG,                    :
PETER J. PERRONE,  DAVID C.                          :
PETERSCHMIDT, GARY VALENZUELA,                       :
GOLDMAN SACHS & CO., MORGAN                          :
STANLEY & CO., INC., JEFFERIES                       :
&COMPANY, INC., PIPER JAFFRAY & CO.,                 :
and FRIEDMAN, BILLINGS, RAMSEY &                     :
CO., INC.,                                           :
                                                     :
                    Defendants.                      :
                                                     :
------------------------------------------------------------ x
```

PLEASE TAKE NOTICE that class members Mitchell Robbins, David Gechlik, and

Thaiky Nguyen (collectively, the "Robbins Group" or "Movant"), by their counsel, hereby move

this Court for an Order: (i) consolidating the related actions; (ii) appointing the Robbins Group

as lead plaintiff of a class of purchasers of the securities of Limelight Networks, Inc.

("Limelight" or the "Company"); (iii) approving the Robbins Group's selection of  Labaton

Sucharow LLP to serve as lead counsel; and (iv) granting such other and further relief as the

Court may deem just and proper.  In support of this motion, the Robbins Group submits herewith

a Memorandum of Law and Declaration of Alan I. Ellman.


Dated: Oct. 12, 2007                         Respectfully submitted,


                                             **LABATON SUCHAROW LLP**

                                             By:    */s/ Christopher J. Keller*
                                             Christopher J. Keller (CK-2347)
                                             Andrei V. Rado (AR-3724)
                                             Alan I. Ellman (AE-7347)
                                             140 Broadway
                                             New York, New York 10005
                                             Telephone:   (212) 907-0700
                                             Facsimile:   (212) 818-0477

                                             *Attorneys for the Robbins Group and Proposed*
                                             *Lead Counsel for the Class*

                                             Roy L. Jacobs
                                             **ROY JACOBS & ASSOCIATES**
                                             60 East 42nd St.
                                             46th Floor
                                             New York, New York 10165
                                             Telephone:    (212) 867-1156
                                             Facsimilie:    (212) 504-8343

                                             *Counsel for the Robbins Group*