UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ x
                                                             :
FAISAL MUSTAFA, Individually, and On                         :
Behalf of All Others Similarly Situated,                     :
                                                             :    Electronically Filed
                    Plaintiff,                               :
                                                             :    Civil Action No.: 1:07-cv-07205-PAC
        v.                                                   :    (ECF Case)
                                                             :
LIMELIGHT NETWORKS, INC., GOLDMAN                            :    Hon. Paul A. Crotty
SACHS & CO., MORGAN STANLEY & CO.,                           :
INC., JEFFREY LUNSFORD, NATHAN                               :
RACIBORSKI, ALLAN M. KAPLAN,                                 :
JOSEPH H. GLEBERMAN, and PETER J.                            :
PERRONE,                                                     :
                                                             :
                    Defendants.                              :
                                                             :
------------------------------------------------------------ x

*(Additional captions on the following pages)*

**DECLARATION OF ALAN I. ELLMAN IN SUPPORT OF THE MOTION OF THE
ROBBINS GROUP FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF,
<u>AND APPROVAL OF SELECTION OF LEAD COUNSEL</u>**

```
------------------------------------------------------ x
                                                       :
TIM RADECKI, Individually, and On Behalf of            :
All Others Similarly Situated,                         :
                                                       :    Electronically Filed
                       Plaintiff,                      :
                                                       :    Civil Action No.: 1:07-cv-07394-PAC
       v.                                              :    (ECF Case)
                                                       :
LIMELIGHT NETWORKS, INC., JEFFREY                      :    Hon. Paul A. Crotty
W. LUNSFORD, MATTHEW HALE,                             :
NATHAN F. RACIBORSKI, ALLAN M.                         :
KAPLAN, JOSEPH H. GLEBERMAN, PETER                     :
J. PERRONE, GOLDMAN, SACHS & CO.,                      :
and MORGAN STANLEY & CO.,                              :
INCORPORATED.,                                         :
                                                       :
                       Defendants.                     :
                                                       :
------------------------------------------------------ x
                                                       :
HENDO WEENINK, Individually, and On                    :
Behalf of All Others Similarly Situated,               :
                                                       :
                                                       :    Electronically Filed
                       Plaintiff,                      :
                                                       :    Civil Action No.: 1:07-cv-07404-PAC
       v.                                              :    (ECF Case)
                                                       :
LIMELIGHT NETWORKS, INC., GOLDMAN                      :    Hon. Paul A. Crotty
SACHS & CO., MORGAN STANLEY & CO.,                     :
INC., PIPER JAFFRAY & CO., FRIEDMAN,                   :
BILLINGS, RAMSEY & CO., INC., JEFFREY                  :
LUNSFORD, MATTHEW HALE, WALTER                         :
D. AMARAL, JOSEPH H. GLEBERMAN,                        :
FREDERIC W. HARMAN, MARK A. JUNG,                      :
ALLAN M. KAPLAN, PETER J. PERRONE,                     :
DAVID C. PETERSCHMIDT, NATHAN F.                       :
RACIBORSKI, and GARY VALENZUELA,                       :
                                                       :
                       Defendants.                     :
                                                       :
------------------------------------------------------ x
```

------------------------------------------------------------ x
:
SCOTT KAIRALLA, Individually, and On :
Behalf of All Others Similarly Situated, : Electronically Filed
:
              Plaintiff, : Civil Action No.: 1:07-cv-07417-PAC
: (ECF Case)
   v. :
: Hon. Paul A. Crotty
LIMELIGHT NETWORKS, INC., JEFFREY :
W. LUNSFORD, MICHAEL M. GORDON, :
WILLIAM H. RINEHART, MATTHEW :
HALE, NATHAN F. RACIBORSKI, :
WALTER D. AMARAL, JOSEPH H. :
GLEBERMAN, FREDERIC W. HARMAN, :
MARK A. JUNG, ALLAN M. KAPLAN, :
PETER J. PERRONE, DAVID C. :
PETERSCHMIDT, GARY VALENZUELA, :
GOLDMAN SACHS & CO., JEFFERIES & :
COMPANY, INC., MORGAN STANLEY & :
CO., INCORPORATED, PIPER JAFFRAY & :
CO., and FRIEDMAN, BILLINGS, RAMSEY :
& CO., INC., :
:
              Defendants. :
:
------------------------------------------------------------ x
:
BENJAMIN PAUL, Individually, and On :
Behalf of All Others Similarly Situated, : Electronically Filed
:
             Plaintiff, : Civil Action No.: 1:07-cv-07432-PAC
: (ECF Case)
   v. :
: Hon. Paul A. Crotty
LIMELIGHT NETWORKS, INC., GOLDMAN :
SACHS & CO., MORGAN STANLEY & CO., :
INC., JEFFREY W. LUNSFORD, NATHAN F. :
RACIBORSKI, and ALLAN M. KAPLAN, :
:
             Defendants. :
:
------------------------------------------------------------ x

```
------------------------------------------------------- x
                                                        :
ALICE ARTIS, Individually, and On Behalf of             :
All Others Similarly Situated,                          :    Electronically Filed
                                                        :
                Plaintiff,                              :    Civil Action No.: 1:07-cv-07475-PAC
                                                        :    (ECF Case)
        v.                                              :
                                                        :    Hon. Paul A. Crotty
LIMELIGHT NETWORKS, INC., JEFFREY                       :
W. LUNSFORDM MATTHEW HALE,                              :
NATHAN F. RACIBORSKI, MICHAEL M.                        :
GORDON, WILLIAM H. RINEHART,                            :
ALLAN M. KAPLAN, WALTER D.                              :
AMARAL, JOSEPH H. GLEBERMAN,                            :
FREDERIC W. HARMAN, MARK A. JUNG,                       :
PETER J. PERRONE, DAVID C.                              :
PETERSCHMIDT, GARY VALENZUELA,                          :
GOLDMAN SACHS & CO., MORGAN                             :
STANLEY & CO., INC., JEFFERIES                          :
&COMPANY, INC., PIPER JAFFRAY & CO.,                    :
and FRIEDMAN, BILLINGS, RAMSEY &                        :
CO., INC.,                                              :
                                                        :
                Defendants.                             :
                                                        :
------------------------------------------------------- x
```

ALAN I. ELLMAN hereby declares as follows:

1. I am an associate with the law firm of Labaton Sucharow LLP, counsel for Mitchell Robbins, David Gechlik, and Thaiky Nguyen (collectively, the "Robbins Group" or "Movant").

2. I respectfully submit this declaration in support of the Robbins Group's motion for appointment as Lead Plaintiff and approval of the selection of Labaton Sucharow LLP as Lead Counsel in the securities action against Limelight Networks, Inc. ("Limelight").

3. Annexed hereto as Exhibit A is a true and correct copy of the certifications of the Robbins Group.

4. Annexed hereto as Exhibit B is a true and correct copy of the loss analyses of the Robbins Group.

5. Annexed hereto as Exhibit C is a true and correct copy of the August 13, 2007 notice of filing a class action against Limelight.

6. Annexed hereto as Exhibit D is a true and correct copy of the firm resume of Labaton Sucharow LLP.

I declare, under penalty of perjury, this 12th day of October, 2007.

*/s/ Alan I. Ellman*
Alan I. Ellman