# Exhibit A

## PLAINTIFF'S CERTIFICATE

_Mitchell B. Robbins_ ("Plaintiff"), declares, as to the claims asserted under the federal securities laws, that:

Plaintiff has reviewed the complaint against Limelight Networks, Inc. ("LLNW") and certain other defendants.

Plaintiff did not acquire the security that is the subject of this action at the direction of plaintiff's counsel or in order to participate in this private action or any other litigation under the federal securities laws.

Plaintiff is willing to serve as a representative party on behalf of a class, including providing testimony at deposition and trial, if necessary.

Plaintiff will not accept any payment for serving as a representative party on behalf of the class beyond the Plaintiff's pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the class as approved by the court.

Plaintiff made the following transactions during the Class Period (June 8, 2007 through August 8, 2007) in the common shares of LLNW: — see attached for additional Fidelity activity

Jefferies account:

| Purchases | | | Sales | | |
|---|---|---|---|---|---|
| Date(s) | Number of Shares | Price | Date(s) | Number of Shares | Price |
| 6/21/07 | 5,000 | 19.34 | not sold yet | | |
| 6/22/07 | 500 | 18.56 | not sold yet | | |
| 8/09/07 | 25,000 | 10.21 | not sold yet | | |
| | | | unrealized loss $168,400 | | |

Note: If you need additional space, please attach additional pages.

During the three years prior to the date of this Certification, Plaintiff has not sought to serve or served as a representative party for a class in an action filed under the federal securities laws.

I declare under penalty of perjury, this _14th_ day of August, 2007 that the information above is accurate.

_[signature]_
E-signed

**EXHIBIT A**
Transactions in Limelight Networks, Inc.

**Mitchell Robbins**

| Trans Type | Trade Date | Shares | Price Per Share | Cost/ Proceeds |
|---|---|---|---|---|
| Purchase | 06/19/07 | 200.00 | $20.19 | ($4,038.00) |
| Purchase | 06/19/07 | 380.00 | $20.25 | ($7,695.00) |
| Purchase | 06/19/07 | 420.00 | $20.12 | ($8,450.00) |
| Purchase | 06/19/07 | 500.00 | $20.24 | ($10,120.00) |
| Purchase | 06/19/07 | 1,000.00 | $20.20 | ($20,200.00) |
| Purchase | 06/19/07 | 1,000.00 | $20.02 | ($20,018.00) |
| Purchase | 06/20/07 | 500.00 | $20.04 | ($10,018.00) |
| Purchase | 06/20/07 | 500.00 | $19.70 | ($9,848.00) |
| Purchase | 06/20/07 | 1,000.00 | $19.91 | ($19,908.00) |
| Purchase | 06/20/07 | 1,000.00 | $20.02 | ($20,018.00) |
| Purchase | 06/20/07 | 1,000.00 | $20.10 | ($20,098.00) |
| Purchase | 06/21/07 | 5,000.00 | $19.34 | ($96,700.00) |
| Purchase | 06/21/07 | 500.00 | $19.23 | ($9,613.00) |
| Purchase | 06/21/07 | 1,000.00 | $19.22 | ($19,218.00) |
| Purchase | 06/21/07 | 1,000.00 | $19.81 | ($19,808.00) |
| Purchase | 06/22/07 | 5,000.00 | $18.56 | ($92,800.00) |
| Purchase | 06/25/07 | 200.00 | $18.15 | ($3,630.00) |
| Purchase | 06/25/07 | 815.00 | $17.85 | ($14,547.75) |
| Purchase | 06/25/07 | 1,000.00 | $18.16 | ($18,157.00) |
| Purchase | 06/25/07 | 1,300.00 | $18.14 | ($23,588.50) |
| Purchase | 06/25/07 | 1,685.00 | $17.90 | ($30,169.50) |
| Purchase | 06/26/07 | 2,500.00 | $17.74 | ($44,358.00) |
| Purchase | 06/27/07 | 100.00 | $17.12 | ($1,712.00) |
| Purchase | 06/27/07 | 400.00 | $17.11 | ($6,844.00) |
| Purchase | 06/27/07 | 800.00 | $17.11 | ($13,688.00) |
| Purchase | 06/27/07 | 1,000.00 | $17.11 | ($17,108.00) |
| Purchase | 06/27/07 | 1,200.00 | $17.17 | ($20,604.00) |
| Purchase | 06/27/07 | 1,500.00 | $17.10 | ($25,643.00) |
| Purchase | 06/27/07 | 2,500.00 | $17.48 | ($43,708.00) |
| Purchase | 06/28/07 | 100.00 | $16.23 | ($1,623.00) |
| Purchase | 06/28/07 | 177.00 | $16.22 | ($2,870.94) |
| Purchase | 06/28/07 | 189.00 | $16.26 | ($3,073.14) |
| Purchase | 06/28/07 | 200.00 | $15.99 | ($3,198.00) |
| Purchase | 06/28/07 | 200.00 | $16.55 | ($3,310.00) |
| Purchase | 06/28/07 | 223.00 | $16.24 | ($3,620.60) |
| Purchase | 06/28/07 | 300.00 | $16.54 | ($4,962.00) |
| Purchase | 06/28/07 | 500.00 | $16.50 | ($8,250.00) |
| Purchase | 06/28/07 | 950.00 | $16.25 | ($15,436.00) |
| Purchase | 06/28/07 | 1,261.00 | $16.25 | ($20,491.25) |
| Purchase | 06/28/07 | 1,500.00 | $16.44 | ($24,653.00) |
| Purchase | 06/28/07 | 2,100.00 | $16.21 | ($34,041.00) |
| Purchase | 06/28/07 | 2,300.00 | $16.00 | ($36,808.00) |
| Purchase | 06/28/07 | 2,500.00 | $16.45 | ($41,133.00) |
| Purchase | 06/28/07 | 2,500.00 | $15.71 | ($39,283.00) |
| Purchase | 06/28/07 | 2,500.00 | $15.78 | ($39,458.00) |
| Purchase | 06/28/07 | 2,500.00 | $16.04 | ($40,108.00) |
| Purchase | 06/29/07 | 166.00 | $15.23 | ($2,528.18) |
| Purchase | 06/29/07 | 734.00 | $15.21 | ($11,164.14) |
| Purchase | 06/29/07 | 1,600.00 | $15.23 | ($24,371.20) |
| Purchase | 06/29/07 | 2,500.00 | $15.22 | ($38,050.00) |
| Purchase | 07/20/07 | 100.00 | $17.59 | ($1,759.00) |

| | | | | |
|---|---|---:|---:|---:|
| Purchase | 07/20/07 | 300.00 | $ 17.60 | ($5,279.00) |
| Purchase | 07/20/07 | 1,000.00 | $ 17.60 | ($17,600.00) |
| Purchase | 07/20/07 | 3,600.00 | $ 17.65 | ($63,540.00) |
| Purchase | 07/20/07 | 5,000.00 | $ 17.73 | ($88,658.00) |
| Purchase | 07/24/07 | 400.00 | $ 17.42 | ($6,968.00) |
| Purchase | 07/24/07 | 400.00 | $ 17.39 | ($6,956.00) |
| Purchase | 07/24/07 | 1,200.00 | $ 17.41 | ($20,892.00) |
| Purchase | 07/24/07 | 3,000.00 | $ 17.42 | ($52,260.00) |
| Purchase | 07/26/07 | 80.00 | $ 16.60 | ($1,328.00) |
| Purchase | 07/26/07 | 300.00 | $ 16.53 | ($4,959.00) |
| Purchase | 07/26/07 | 1,100.00 | $ 16.52 | ($18,172.00) |
| Purchase | 07/26/07 | 3,520.00 | $ 16.50 | ($58,088.00) |
| Purchase | 07/26/07 | 5,000.00 | $ 16.50 | ($82,508.00) |
| Purchase | 07/26/07 | 5,000.00 | $ 16.36 | ($81,808.00) |
| Purchase | 07/26/07 | 5,000.00 | $ 16.40 | ($82,008.00) |
| Purchase | 08/06/07 | 300.00 | $ 13.21 | ($3,963.00) |
| Purchase | 08/06/07 | 900.00 | $ 13.21 | ($11,888.00) |
| Purchase | 08/06/07 | 8,800.00 | $ 13.25 | ($116,600.00) |

## PLAINTIFF'S CERTIFICATE

David Gechlik ("Plaintiff"), declares, as to the claims asserted under the federal securities laws, that:

Plaintiff has reviewed the complaint against Limelight Networks, Inc. ("LLNW") and certain other defendants.

Plaintiff did not acquire the security that is the subject of this action at the direction of plaintiff's counsel or in order to participate in this private action or any other litigation under the federal securities laws.

Plaintiff is willing to serve as a representative party on behalf of a class, including providing testimony at deposition and trial, if necessary.

Plaintiff will not accept any payment for serving as a representative party on behalf of the class beyond the Plaintiff's pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the class as approved by the court.

Plaintiff made the following transactions during the Class Period (June 8, 2007 through August 8, 2007) in the common shares of LLNW:

| Purchases | | | Sales | | |
|---|---|---|---|---|---|
| Date(s) | Number of Shares | Price | Date(s) | Number of Shares | Price |
| 6/08/07 | 10,000 | 22.50 | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

Note: If you need additional space, please attach additional pages.

During the three years prior to the date of this Certification, Plaintiff has not sought to serve or served as a representative party for a class in an action filed under the federal securities laws.

I declare under penalty of perjury, this 22nd___ day of August, 2007 that the information above is accurate.

David Gechlik_____

E-signed

## PLAINTIFF'S CERTIFICATE

THAIKY NGUYEN ("Plaintiff"), declares, as to the claims asserted under the federal securities laws, that:

Plaintiff has reviewed the complaint against Limelight Networks, Inc. ("LLNW") and certain other defendants.

Plaintiff did not acquire the security that is the subject of this action at the direction of plaintiff's counsel or in order to participate in this private action or any other litigation under the federal securities laws.

Plaintiff is willing to serve as a representative party on behalf of a class, including providing testimony at deposition and trial, if necessary.

Plaintiff will not accept any payment for serving as a representative party on behalf of the class beyond the Plaintiff's pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the class as approved by the court.

Plaintiff made the following transactions during the Class Period (June 8, 2007 through August 8, 2007) in the common shares of LLNW:

| Purchases | | | Sales | | |
|---|---|---|---|---|---|
| Date(s) | Number of Shares | Price | Date(s) | Number of Shares | Price |
| See attach | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

Note: If you need additional space, please attach additional pages.

During the three years prior to the date of this Certification, Plaintiff has not sought to serve or served as a representative party for a class in an action filed under the federal securities laws.

I declare under penalty of perjury, this _16_ day of August, 2007 that the information above is accurate.

*Thinguyen*
E-signed

**EXHIBIT A**
Transactions in Limelight Networks, Inc.

**Thaiky Nguyen**

| Trans Type | Trade Date | Shares | Price Per Share | Cost/ Proceeds |
|---|---|---|---|---|
| Purchase | 06/08/07 | 250.00 | $ 21.96 | ($5,497.00) |
| Sale | 06/08/07 | -50.00 | $ 22.08 | $1,103.98 |
| Sale | 06/08/07 | -100.00 | $ 22.08 | $2,207.96 |
| Sale | 06/08/07 | -100.00 | $ 22.08 | $2,200.96 |
| Purchase | 06/11/07 | 900.00 | $ 20.60 | ($18,547.00) |
| Purchase | 06/11/07 | 900.00 | $ 20.36 | ($18,331.00) |
| Sale | 06/11/07 | -100.00 | $ 20.62 | $2,061.96 |
| Sale | 06/11/07 | -50.00 | $ 20.75 | $1,037.48 |
| Sale | 06/11/07 | -100.00 | $ 20.63 | $2,062.96 |
| Sale | 06/11/07 | -125.00 | $ 20.62 | $2,577.46 |
| Sale | 06/11/07 | -300.00 | $ 20.62 | $6,185.90 |
| Sale | 06/11/07 | -636.00 | $ 20.75 | $13,196.79 |
| Sale | 06/11/07 | -50.00 | $ 20.75 | $1,037.48 |
| Sale | 06/11/07 | -100.00 | $ 20.76 | $2,075.96 |
| Sale | 06/11/07 | -150.00 | $ 20.64 | $3,088.95 |
| Sale | 06/11/07 | -50.00 | $ 20.78 | $1,031.98 |
| Sale | 06/11/07 | -25.00 | $ 20.63 | $515.74 |
| Sale | 06/11/07 | -14.00 | $ 20.75 | $290.49 |
| Sale | 06/11/07 | -100.00 | $ 20.64 | $2,063.96 |
| Purchase | 06/12/07 | 500.00 | $ 18.98 | ($9,497.00) |
| Purchase | 06/12/07 | 500.00 | $ 18.99 | ($9,495.00) |
| Purchase | 06/12/07 | 1,000.00 | $ 20.03 | ($20,039.50) |
| Purchase | 06/12/07 | 1,000.00 | $ 18.95 | ($18,957.00) |
| Sale | 06/12/07 | -800.00 | $ 19.31 | $15,447.76 |
| Sale | 06/12/07 | -200.00 | $ 19.31 | $3,854.94 |
| Purchase | 06/13/07 | 2,000.00 | $ 18.69 | ($37,387.00) |
| Sale | 06/13/07 | -200.00 | $ 20.10 | $4,019.93 |
| Sale | 06/13/07 | -100.00 | $ 20.10 | $2,009.96 |
| Sale | 06/13/07 | -100.00 | $ 20.11 | $2,010.96 |
| Sale | 06/13/07 | -125.00 | $ 20.00 | $2,499.96 |
| Sale | 06/13/07 | -300.00 | $ 20.00 | $5,999.90 |
| Sale | 06/13/07 | -1,375.00 | $ 20.06 | $27,582.07 |
| Sale | 06/13/07 | -200.00 | $ 20.15 | $4,029.93 |
| Sale | 06/13/07 | -100.00 | $ 20.15 | $2,007.96 |
| Sale | 06/13/07 | -1,000.00 | $ 19.81 | $19,802.69 |
| Sale | 06/13/07 | -300.00 | $ 20.11 | $6,032.90 |
| Sale | 06/13/07 | -100.00 | $ 20.15 | $2,014.96 |
| Sale | 06/13/07 | -100.00 | $ 20.15 | $2,014.96 |
| Purchase | 06/18/07 | 100.00 | $ 19.60 | ($1,960.00) |
| Purchase | 06/18/07 | 700.00 | $ 19.60 | ($13,720.00) |
| Purchase | 06/18/07 | 100.00 | $ 19.58 | ($1,965.00) |
| Purchase | 06/18/07 | 100.00 | $ 19.57 | ($1,957.00) |
| Purchase | 06/19/07 | 50.00 | $ 19.62 | ($981.00) |
| Purchase | 06/19/07 | 750.00 | $ 19.62 | ($14,715.00) |
| Purchase | 06/19/07 | 100.00 | $ 19.62 | ($1,969.00) |
| Sale | 06/19/07 | -100.00 | $ 19.70 | $1,969.96 |
| Sale | 06/19/07 | -400.00 | $ 19.92 | $7,967.87 |
| Sale | 06/19/07 | -80.00 | $ 19.92 | $1,593.57 |
| Sale | 06/19/07 | -300.00 | $ 19.92 | $5,975.90 |
| Sale | 06/19/07 | -128.00 | $ 19.70 | $2,521.56 |
| Sale | 06/19/07 | -100.00 | $ 19.95 | $1,987.96 |

| | | | | |
|---|---|---|---|---|
| Sale | 06/19/07 | -400.00 $ | 19.70 | $7,872.87 |
| Sale | 06/19/07 | -72.00 $ | 19.72 | $1,419.81 |
| Sale | 06/19/07 | -300.00 $ | 19.70 | $5,909.90 |
| Sale | 06/19/07 | -20.00 $ | 19.93 | $398.59 |
| Purchase | 06/22/07 | 400.00 $ | 18.72 | ($7,495.00) |
| Sale | 06/22/07 | -400.00 $ | 18.75 | $7,492.88 |
| Purchase | 06/25/07 | 750.00 $ | 18.09 | ($13,570.75) |
| Sale | 06/26/07 | -200.00 $ | 17.66 | $3,531.94 |
| Sale | 06/26/07 | -150.00 $ | 17.66 | $2,648.95 |
| Sale | 06/26/07 | -300.00 $ | 17.66 | $5,290.91 |
| Sale | 06/26/07 | -100.00 $ | 17.66 | $1,765.97 |
| Purchase | 06/28/07 | 200.00 $ | 16.77 | ($3,354.00) |
| Purchase | 06/28/07 | 100.00 $ | 16.75 | ($1,675.00) |
| Purchase | 06/28/07 | 100.00 $ | 16.77 | ($1,677.00) |
| Purchase | 06/28/07 | 245.00 $ | 16.80 | ($4,116.00) |
| Purchase | 06/28/07 | 400.00 $ | 16.79 | ($6,716.00) |
| Purchase | 06/28/07 | 75.00 $ | 16.75 | ($1,256.25) |
| Purchase | 06/28/07 | 2,000.00 $ | 16.28 | ($32,567.00) |
| Purchase | 06/28/07 | 700.00 $ | 16.58 | ($11,614.75) |
| Purchase | 06/28/07 | 100.00 $ | 16.74 | ($1,681.00) |
| Purchase | 06/28/07 | 100.00 $ | 16.74 | ($1,674.00) |
| Purchase | 06/28/07 | 100.00 $ | 16.74 | ($1,674.00) |
| Sale | 06/28/07 | -200.00 $ | 16.36 | $3,271.94 |
| Sale | 06/28/07 | -300.00 $ | 16.39 | $4,916.92 |
| Sale | 06/28/07 | -287.00 $ | 16.34 | $4,689.50 |
| Sale | 06/28/07 | -200.00 $ | 16.36 | $3,271.94 |
| Sale | 06/28/07 | -300.00 $ | 16.39 | $4,916.92 |
| Sale | 06/28/07 | -33.00 $ | 16.40 | $541.19 |
| Sale | 06/28/07 | -200.00 $ | 16.40 | $3,272.94 |
| Sale | 06/28/07 | -300.00 $ | 16.40 | $4,919.92 |
| Sale | 06/28/07 | -300.00 $ | 16.40 | $4,919.92 |
| Sale | 06/29/07 | -200.00 $ | 18.69 | $3,737.94 |
| Sale | 06/29/07 | -100.00 $ | 18.66 | $1,865.97 |
| Sale | 06/29/07 | -200.00 $ | 18.69 | $3,737.94 |
| Sale | 06/29/07 | -1,000.00 $ | 18.60 | $18,592.71 |
| Sale | 06/29/07 | -500.00 $ | 18.69 | $9,337.85 |
| Purchase | 07/13/07 | 100.00 $ | 22.07 | ($2,207.00) |
| Purchase | 07/13/07 | 150.00 $ | 21.97 | ($3,295.50) |
| Purchase | 07/13/07 | 100.00 $ | 21.95 | ($2,195.00) |
| Purchase | 07/13/07 | 300.00 $ | 21.95 | ($6,592.00) |
| Purchase | 07/13/07 | 200.00 $ | 21.95 | ($4,390.00) |
| Purchase | 07/16/07 | 100.00 $ | 20.29 | ($2,029.00) |
| Purchase | 07/16/07 | 100.00 $ | 20.29 | ($2,029.00) |
| Purchase | 07/16/07 | 1,500.00 $ | 20.29 | ($30,435.00) |
| Purchase | 07/16/07 | 1,600.00 $ | 20.16 | ($32,262.84) |
| Purchase | 07/16/07 | 100.00 $ | 20.21 | ($2,028.00) |
| Purchase | 07/16/07 | 100.00 $ | 20.22 | ($2,022.00) |
| Sale | 07/16/07 | -350.00 $ | 20.80 | $7,279.88 |
| Sale | 07/16/07 | -90.00 $ | 20.35 | $1,831.48 |
| Sale | 07/16/07 | -900.00 $ | 20.35 | $18,314.80 |
| Sale | 07/16/07 | -1,000.00 $ | 20.35 | $20,342.68 |
| Sale | 07/16/07 | -500.00 $ | 20.80 | $10,392.84 |
| Sale | 07/16/07 | -510.00 $ | 20.37 | $10,381.54 |
| Purchase | 07/17/07 | 100.00 $ | 19.47 | ($1,947.00) |
| Purchase | 07/17/07 | 300.00 $ | 19.47 | ($5,841.00) |
| Purchase | 07/17/07 | 500.00 $ | 19.47 | ($9,735.00) |
| Purchase | 07/17/07 | 1,400.00 $ | 19.61 | ($27,461.00) |

| | | | | |
|---|---|---|---|---|
| Purchase | 07/17/07 | 1,200.00 $ | 19.38 | ($23,263.00) |
| Purchase | 07/17/07 | 100.00 $ | 19.44 | ($1,951.00) |
| Purchase | 07/18/07 | 2,500.00 $ | 18.25 | ($45,631.75) |
| Sale | 07/19/07 | -300.00 $ | 16.87 | $5,060.92 |
| Sale | 07/19/07 | -18.00 $ | 16.82 | $302.75 |
| Sale | 07/19/07 | -32.00 $ | 16.82 | $538.23 |
| Sale | 07/19/07 | -500.00 $ | 16.86 | $8,429.87 |
| Sale | 07/19/07 | -1,500.00 $ | 16.82 | $25,229.61 |
| Sale | 07/19/07 | -1,000.00 $ | 16.87 | $16,869.74 |
| Sale | 07/19/07 | -1,500.00 $ | 16.85 | $25,274.61 |
| Sale | 07/19/07 | -58.00 $ | 16.87 | $978.44 |
| Sale | 07/19/07 | -150.00 $ | 16.83 | $2,517.46 |
| Sale | 07/19/07 | -100.00 $ | 16.87 | $1,686.97 |
| Sale | 07/19/07 | -900.00 $ | 16.87 | $15,175.76 |
| Sale | 07/19/07 | -100.00 $ | 16.90 | $1,682.97 |
| Sale | 07/19/07 | -500.00 $ | 16.86 | $8,429.87 |
| Sale | 07/19/07 | -42.00 $ | 16.87 | $708.52 |
| Sale | 07/19/07 | -100.00 $ | 16.90 | $1,689.97 |
| Sale | 07/19/07 | -300.00 $ | 16.82 | $5,045.92 |
| Purchase | 07/20/07 | 100.00 $ | 17.05 | ($1,705.00) |
| Purchase | 07/20/07 | 2,400.00 $ | 17.05 | ($40,920.00) |
| Purchase | 07/20/07 | 100.00 $ | 17.08 | ($1,708.00) |
| Purchase | 07/20/07 | 2,700.00 $ | 17.33 | ($46,797.73) |
| Purchase | 07/20/07 | 50.00 $ | 17.05 | ($859.50) |
| Purchase | 07/20/07 | 100.00 $ | 17.05 | ($1,705.00) |
| Sale | 07/23/07 | -400.00 $ | 17.17 | $6,867.89 |
| Sale | 07/23/07 | -100.00 $ | 17.17 | $1,716.97 |
| Sale | 07/23/07 | -400.00 $ | 17.18 | $6,871.89 |
| Sale | 07/23/07 | -100.00 $ | 17.16 | $1,715.97 |
| Sale | 07/23/07 | -450.00 $ | 17.15 | $7,717.38 |
| Sale | 07/23/07 | -560.00 $ | 17.15 | $9,603.85 |
| Sale | 07/23/07 | -900.00 $ | 17.15 | $15,434.76 |
| Sale | 07/23/07 | -100.00 $ | 17.18 | $1,717.97 |
| Sale | 07/23/07 | -100.00 $ | 17.22 | $1,721.97 |
| Sale | 07/23/07 | -700.00 $ | 17.22 | $12,053.81 |
| Sale | 07/23/07 | -400.00 $ | 17.23 | $6,884.89 |
| Sale | 07/23/07 | -400.00 $ | 17.22 | $6,887.89 |
| Sale | 07/23/07 | -100.00 $ | 17.19 | $1,718.97 |
| Sale | 07/23/07 | -640.00 $ | 17.20 | $11,007.83 |
| Sale | 07/23/07 | -100.00 $ | 17.20 | $1,719.97 |
| Purchase | 08/03/07 | 100.00 $ | 16.13 | ($1,613.00) |
| Purchase | 08/03/07 | 100.00 $ | 16.13 | ($1,613.00) |
| Purchase | 08/03/07 | 100.00 $ | 16.14 | ($1,614.00) |
| Purchase | 08/03/07 | 200.00 $ | 16.14 | ($3,228.00) |
| Purchase | 08/03/07 | 600.00 $ | 15.72 | ($9,432.00) |
| Purchase | 08/03/07 | 300.00 $ | 15.72 | ($4,716.00) |
| Purchase | 08/03/07 | 750.00 $ | 16.10 | ($12,075.00) |
| Purchase | 08/03/07 | 500.00 $ | 16.10 | ($8,057.00) |
| Purchase | 08/03/07 | 100.00 $ | 16.17 | ($1,617.00) |
| Purchase | 08/03/07 | 200.00 $ | 16.15 | ($3,230.00) |
| Purchase | 08/03/07 | 750.00 $ | 16.18 | ($12,135.00) |
| Purchase | 08/03/07 | 200.00 $ | 16.18 | ($3,236.00) |
| Purchase | 08/03/07 | 500.00 $ | 16.15 | ($8,075.00) |
| Purchase | 08/03/07 | 200.00 $ | 16.14 | ($3,228.00) |
| Purchase | 08/03/07 | 100.00 $ | 16.15 | ($1,615.00) |
| Purchase | 08/03/07 | 200.00 $ | 16.15 | ($3,230.00) |
| Purchase | 08/03/07 | 100.00 $ | 15.71 | ($1,571.00) |

| | | | | |
|---|---|---|---|---|
| Purchase | 08/03/07 | 700.00 $ | 15.71 | ($10,997.00) |
| Purchase | 08/03/07 | 100.00 $ | 15.71 | ($1,571.00) |
| Purchase | 08/03/07 | 100.00 $ | 15.71 | ($1,571.00) |
| Purchase | 08/03/07 | 100.00 $ | 15.71 | ($1,578.00) |
| Purchase | 08/03/07 | 1,600.00 $ | 15.71 | ($25,135.00) |
| Purchase | 08/03/07 | 800.00 $ | 15.71 | ($12,568.00) |
| Purchase | 08/03/07 | 200.00 $ | 15.71 | ($3,142.00) |
| Purchase | 08/03/07 | 100.00 $ | 15.73 | ($1,573.00) |
| Purchase | 08/03/07 | 100.00 $ | 15.73 | ($1,573.00) |
| Purchase | 08/03/07 | 100.00 $ | 15.72 | ($1,572.00) |
| Purchase | 08/03/07 | 100.00 $ | 15.73 | ($1,573.00) |
| Purchase | 08/03/07 | 300.00 $ | 15.72 | ($4,716.00) |
| Purchase | 08/03/07 | 600.00 $ | 15.72 | ($9,432.00) |
| Purchase | 08/03/07 | 300.00 $ | 15.72 | ($4,716.00) |
| Purchase | 08/03/07 | 400.00 $ | 15.72 | ($6,288.00) |
| Sale | 08/06/07 | -600.00 $ | 12.68 | $7,600.94 |
| Sale | 08/09/07 | -5,000.00 $ | 9.37 | $46,842.78 |
| Sale | 08/09/07 | -2,000.00 $ | 8.90 | $17,792.92 |
| Sale | 08/09/07 | -1,000.00 $ | 8.90 | $8,892.96 |
| Sale | 08/09/07 | -1,300.00 $ | 9.35 | $12,147.81 |
| Sale | 08/09/07 | -100.00 $ | 9.35 | $934.98 |
| Sale | 08/09/07 | -600.00 $ | 9.35 | $5,610.06 |