# Exhibit B

Mitchell B. Robbins

Class Period: 6/7/2007 to 8/8/2007

**LIMELIGHT NETWORKS INC COM**

| Ticker | CUSIP | SEDOL | ISIN | Lookback Price |
|---|---|---|---|---|
| LLNW | 53261M104 | B1YB674 | US53261M1045 | $8.84 |

Mitchell B. Robbins

| Trans Type | Trade Date | Shares | Price Per Share | Cost/ Proceeds |
|---|---|---|---|---|
| Open | 06/07/07 | 0.00 | | |
| Sales (matched to pre-class period purchases): | | 0.00 | | $0.00 |
| Purchase | 06/19/07 | 200.00 | $ 20.19 | ($4,038.00) |
| Purchase | 06/19/07 | 380.00 | $ 20.25 | ($7,695.00) |
| Purchase | 06/19/07 | 420.00 | $ 20.12 | ($8,450.00) |
| Purchase | 06/19/07 | 500.00 | $ 20.24 | ($10,120.00) |
| Purchase | 06/19/07 | 1,000.00 | $ 20.20 | ($20,200.00) |
| Purchase | 06/19/07 | 1,000.00 | $ 20.02 | ($20,018.00) |
| Purchase | 06/20/07 | 500.00 | $ 20.04 | ($10,018.00) |
| Purchase | 06/20/07 | 500.00 | $ 19.70 | ($9,848.00) |
| Purchase | 06/20/07 | 1,000.00 | $ 19.91 | ($19,908.00) |
| Purchase | 06/20/07 | 1,000.00 | $ 20.02 | ($20,018.00) |
| Purchase | 06/20/07 | 1,000.00 | $ 20.10 | ($20,098.00) |
| Purchase | 06/21/07 | 5,000.00 | $ 19.34 | ($96,700.00) |
| Purchase | 06/21/07 | 500.00 | $ 19.23 | ($9,613.00) |
| Purchase | 06/21/07 | 1,000.00 | $ 19.22 | ($19,218.00) |
| Purchase | 06/21/07 | 1,000.00 | $ 19.81 | ($19,808.00) |
| Purchase | 06/22/07 | 5,000.00 | $ 18.56 | ($92,800.00) |
| Purchase | 06/25/07 | 200.00 | $ 18.15 | ($3,630.00) |
| Purchase | 06/25/07 | 815.00 | $ 17.85 | ($14,547.75) |

| | | | | |
|---|---|---|---|---|
| Purchase | 06/25/07 | 1,000.00 $ | 18.16 | ($18,157.00) |
| Purchase | 06/25/07 | 1,300.00 $ | 18.14 | ($23,588.50) |
| Purchase | 06/25/07 | 1,685.00 $ | 17.90 | ($30,169.50) |
| Purchase | 06/26/07 | 2,500.00 $ | 17.74 | ($44,358.00) |
| Purchase | 06/27/07 | 100.00 $ | 17.12 | ($1,712.00) |
| Purchase | 06/27/07 | 400.00 $ | 17.11 | ($6,844.00) |
| Purchase | 06/27/07 | 800.00 $ | 17.11 | ($13,688.00) |
| Purchase | 06/27/07 | 1,000.00 $ | 17.11 | ($17,108.00) |
| Purchase | 06/27/07 | 1,200.00 $ | 17.17 | ($20,604.00) |
| Purchase | 06/27/07 | 1,500.00 $ | 17.10 | ($25,643.00) |
| Purchase | 06/27/07 | 2,500.00 $ | 17.48 | ($43,708.00) |
| Purchase | 06/28/07 | 100.00 $ | 16.23 | ($1,623.00) |
| Purchase | 06/28/07 | 177.00 $ | 16.22 | ($2,870.94) |
| Purchase | 06/28/07 | 189.00 $ | 16.26 | ($3,073.14) |
| Purchase | 06/28/07 | 200.00 $ | 15.99 | ($3,198.00) |
| Purchase | 06/28/07 | 200.00 $ | 16.55 | ($3,310.00) |
| Purchase | 06/28/07 | 223.00 $ | 16.24 | ($3,620.60) |
| Purchase | 06/28/07 | 300.00 $ | 16.54 | ($4,962.00) |
| Purchase | 06/28/07 | 500.00 $ | 16.50 | ($8,250.00) |
| Purchase | 06/28/07 | 950.00 $ | 16.25 | ($15,436.00) |
| Purchase | 06/28/07 | 1,261.00 $ | 16.25 | ($20,491.25) |
| Purchase | 06/28/07 | 1,500.00 $ | 16.44 | ($24,653.00) |
| Purchase | 06/28/07 | 2,100.00 $ | 16.21 | ($34,041.00) |
| Purchase | 06/28/07 | 2,300.00 $ | 16.00 | ($36,808.00) |
| Purchase | 06/28/07 | 2,500.00 $ | 16.45 | ($41,133.00) |
| Purchase | 06/28/07 | 2,500.00 $ | 15.71 | ($39,283.00) |
| Purchase | 06/28/07 | 2,500.00 $ | 15.78 | ($39,458.00) |
| Purchase | 06/28/07 | 2,500.00 $ | 16.04 | ($40,108.00) |
| Purchase | 06/29/07 | 166.00 $ | 15.23 | ($2,528.18) |
| Purchase | 06/29/07 | 734.00 $ | 15.21 | ($11,164.14) |
| Purchase | 06/29/07 | 1,600.00 $ | 15.23 | ($24,371.20) |
| Purchase | 06/29/07 | 2,500.00 $ | 15.22 | ($38,050.00) |
| Purchase | 07/20/07 | 100.00 $ | 17.59 | ($1,759.00) |
| Purchase | 07/20/07 | 300.00 $ | 17.60 | ($5,279.00) |
| Purchase | 07/20/07 | 1,000.00 $ | 17.60 | ($17,600.00) |
| Purchase | 07/20/07 | 3,600.00 $ | 17.65 | ($63,540.00) |
| Purchase | 07/20/07 | 5,000.00 $ | 17.73 | ($88,658.00) |

| | | | | |
|---|---|---|---|---|
| Purchase | 07/24/07 | 400.00 $ | 17.42 | ($6,968.00) |
| Purchase | 07/24/07 | 400.00 $ | 17.39 | ($6,956.00) |
| Purchase | 07/24/07 | 1,200.00 $ | 17.41 | ($20,892.00) |
| Purchase | 07/24/07 | 3,000.00 $ | 17.42 | ($52,260.00) |
| Purchase | 07/26/07 | 80.00 $ | 16.60 | ($1,328.00) |
| Purchase | 07/26/07 | 300.00 $ | 16.53 | ($4,959.00) |
| Purchase | 07/26/07 | 1,100.00 $ | 16.52 | ($18,172.00) |
| Purchase | 07/26/07 | 3,520.00 $ | 16.50 | ($58,088.00) |
| Purchase | 07/26/07 | 5,000.00 $ | 16.50 | ($82,508.00) |
| Purchase | 07/26/07 | 5,000.00 $ | 16.36 | ($81,808.00) |
| Purchase | 07/26/07 | 5,000.00 $ | 16.40 | ($82,008.00) |
| Purchase | 08/06/07 | 300.00 $ | 13.21 | ($3,963.00) |
| Purchase | 08/06/07 | 900.00 $ | 13.21 | ($11,888.00) |
| Purchase | 08/06/07 | 8,800.00 $ | 13.25 | ($116,600.00) |
| *Class period purchases:* | | **105,000.00** | | **($1,775,974.20)** |

| | | | |
|---|---|---|---|
| *Class period sales (matched to class period purchases):* | 0.00 | | $0.00 |
| *FIFO Retained purchases:* | 105,000.00 | $8.84 | $928,231.50 |
| *LIFO Retained purchases:* | 105,000.00 | $8.84 | $928,231.50 |
| | FIFO Gain/(Loss): | | ($847,742.70) |
| | LIFO Gain/(Loss): | | ($847,742.70) |
| | NET Gain/(Loss): | | ($1,775,974.20) |

**David Gechlik**

Class Period: 6/7/2007 to 8/8/2007

**LIMELIGHT NETWORKS INC COM**

| Ticker | CUSIP | SEDOL | ISIN | Lookback Price |
|---|---|---|---|---|
| LLNW | 53261M104 | B1YB674 | US53261M1045 | $8.84 |

**David Gechlik**

| Trans Type | Trade Date | Shares | Price Per Share | Cost/ Proceeds |
|---|---|---|---|---|
| Open | 06/07/07 | 0.00 | | |
| Sales (matched to pre-class period purchases): | | 0.00 | | $0.00 |
| Purchase | 06/08/07 | 10,000.00 | $22.50 | ($225,000.00) |
| Class period purchases: | | 10,000.00 | | ($225,000.00) |
| Class period sales (matched to class period purchases): | | 0.00 | | $0.00 |
| FIFO Retained purchases: | | 10,000.00 | $8.84 | $88,403.00 |
| LIFO Retained purchases: | | 10,000.00 | $8.84 | $88,403.00 |

|  |  |
|---|---|
| FIFO Gain/(Loss): | ($136,597.00) |
| LIFO Gain/(Loss): | ($136,597.00) |
| NET Gain/(Loss): | ($225,000.00) |

Thaiky Nguyen

Class Period: 6/7/2007 to 8/8/2007

**LIMELIGHT NETWORKS INC COM**

| Ticker | CUSIP | SEDOL | ISIN | Lookback Price |
|---|---|---|---|---|
| LLNW | 53261M104 | B1YB674 | US53261M1045 | $8.84 |

Thaiky Nguyen

| Trans Type | Trade Date | Shares | Price Per Share | Cost/ Proceeds |
|---|---|---|---|---|
| Open | 06/07/07 | 0.00 | | |
| Sales (matched to pre-class period purchases): | | 0.00 | | $0.00 |
| Purchase | 06/08/07 | 250.00 | $21.96 | ($5,497.00) |
| Purchase | 06/11/07 | 900.00 | $20.60 | ($18,547.00) |
| Purchase | 06/11/07 | 900.00 | $20.36 | ($18,331.00) |
| Purchase | 06/12/07 | 500.00 | $18.98 | ($9,497.00) |
| Purchase | 06/12/07 | 500.00 | $18.99 | ($9,495.00) |
| Purchase | 06/12/07 | 1,000.00 | $20.03 | ($20,039.50) |
| Purchase | 06/12/07 | 1,000.00 | $18.95 | ($18,957.00) |
| Purchase | 06/13/07 | 2,000.00 | $18.69 | ($37,387.00) |
| Purchase | 06/18/07 | 100.00 | $19.60 | ($1,960.00) |
| Purchase | 06/18/07 | 700.00 | $19.60 | ($13,720.00) |
| Purchase | 06/18/07 | 100.00 | $19.58 | ($1,965.00) |
| Purchase | 06/18/07 | 100.00 | $19.57 | ($1,957.00) |
| Purchase | 06/19/07 | 50.00 | $19.62 | ($981.00) |
| Purchase | 06/19/07 | 750.00 | $19.62 | ($14,715.00) |
| Purchase | 06/19/07 | 100.00 | $19.62 | ($1,969.00) |
| Purchase | 06/22/07 | 400.00 | $18.72 | ($7,495.00) |
| Purchase | 06/25/07 | 750.00 | $18.09 | ($13,570.75) |
| Purchase | 06/28/07 | 200.00 | $16.77 | ($3,354.00) |

| Type | Date | Quantity | Price | Amount |
|---|---|---|---|---|
| Purchase | 06/28/07 | 100.00 | $ 16.75 | ($1,675.00) |
| Purchase | 06/28/07 | 100.00 | $ 16.77 | ($1,677.00) |
| Purchase | 06/28/07 | 245.00 | $ 16.80 | ($4,116.00) |
| Purchase | 06/28/07 | 400.00 | $ 16.79 | ($6,716.00) |
| Purchase | 06/28/07 | 75.00 | $ 16.75 | ($1,256.25) |
| Purchase | 06/28/07 | 2,000.00 | $ 16.28 | ($32,567.00) |
| Purchase | 06/28/07 | 700.00 | $ 16.58 | ($11,614.75) |
| Purchase | 06/28/07 | 100.00 | $ 16.74 | ($1,681.00) |
| Purchase | 06/28/07 | 100.00 | $ 16.74 | ($1,674.00) |
| Purchase | 06/28/07 | 100.00 | $ 16.74 | ($1,674.00) |
| Purchase | 07/13/07 | 100.00 | $ 22.07 | ($2,207.00) |
| Purchase | 07/13/07 | 150.00 | $ 21.97 | ($3,295.50) |
| Purchase | 07/13/07 | 100.00 | $ 21.95 | ($2,195.00) |
| Purchase | 07/13/07 | 300.00 | $ 21.95 | ($6,592.00) |
| Purchase | 07/13/07 | 200.00 | $ 21.95 | ($4,390.00) |
| Purchase | 07/16/07 | 100.00 | $ 20.29 | ($2,029.00) |
| Purchase | 07/16/07 | 100.00 | $ 20.29 | ($2,029.00) |
| Purchase | 07/16/07 | 1,500.00 | $ 20.29 | ($30,435.00) |
| Purchase | 07/16/07 | 1,600.00 | $ 20.16 | ($32,262.84) |
| Purchase | 07/16/07 | 100.00 | $ 20.21 | ($2,028.00) |
| Purchase | 07/16/07 | 100.00 | $ 20.22 | ($2,022.00) |
| Purchase | 07/17/07 | 100.00 | $ 19.47 | ($1,947.00) |
| Purchase | 07/17/07 | 300.00 | $ 19.47 | ($5,841.00) |
| Purchase | 07/17/07 | 500.00 | $ 19.47 | ($9,735.00) |
| Purchase | 07/17/07 | 1,400.00 | $ 19.61 | ($27,461.00) |
| Purchase | 07/17/07 | 1,200.00 | $ 19.38 | ($23,263.00) |
| Purchase | 07/17/07 | 100.00 | $ 19.44 | ($1,951.00) |
| Purchase | 07/18/07 | 2,500.00 | $ 18.25 | ($45,631.75) |
| Purchase | 07/20/07 | 100.00 | $ 17.05 | ($1,705.00) |
| Purchase | 07/20/07 | 2,400.00 | $ 17.05 | ($40,920.00) |
| Purchase | 07/20/07 | 100.00 | $ 17.08 | ($1,708.00) |
| Purchase | 07/20/07 | 2,700.00 | $ 17.33 | ($46,797.73) |
| Purchase | 07/20/07 | 50.00 | $ 17.05 | ($859.50) |
| Purchase | 07/20/07 | 100.00 | $ 17.05 | ($1,705.00) |
| Purchase | 08/03/07 | 100.00 | $ 16.13 | ($1,613.00) |
| Purchase | 08/03/07 | 100.00 | $ 16.13 | ($1,613.00) |
| Purchase | 08/03/07 | 100.00 | $ 16.14 | ($1,614.00) |

| | | | | |
|---|---|---|---|---|
| Purchase | 08/03/07 | 200.00 $ | 16.14 | ($3,228.00) |
| Purchase | 08/03/07 | 600.00 $ | 15.72 | ($9,432.00) |
| Purchase | 08/03/07 | 300.00 $ | 15.72 | ($4,716.00) |
| Purchase | 08/03/07 | 750.00 $ | 16.10 | ($12,075.00) |
| Purchase | 08/03/07 | 500.00 $ | 16.10 | ($8,057.00) |
| Purchase | 08/03/07 | 100.00 $ | 16.17 | ($1,617.00) |
| Purchase | 08/03/07 | 200.00 $ | 16.15 | ($3,230.00) |
| Purchase | 08/03/07 | 750.00 $ | 16.18 | ($12,135.00) |
| Purchase | 08/03/07 | 200.00 $ | 16.18 | ($3,236.00) |
| Purchase | 08/03/07 | 500.00 $ | 16.15 | ($8,075.00) |
| Purchase | 08/03/07 | 200.00 $ | 16.14 | ($3,228.00) |
| Purchase | 08/03/07 | 100.00 $ | 16.15 | ($1,615.00) |
| Purchase | 08/03/07 | 200.00 $ | 16.15 | ($3,230.00) |
| Purchase | 08/03/07 | 100.00 $ | 15.71 | ($1,571.00) |
| Purchase | 08/03/07 | 700.00 $ | 15.71 | ($10,997.00) |
| Purchase | 08/03/07 | 100.00 $ | 15.71 | ($1,571.00) |
| Purchase | 08/03/07 | 100.00 $ | 15.71 | ($1,571.00) |
| Purchase | 08/03/07 | 100.00 $ | 15.71 | ($1,578.00) |
| Purchase | 08/03/07 | 1,600.00 $ | 15.71 | ($25,135.00) |
| Purchase | 08/03/07 | 800.00 $ | 15.71 | ($12,568.00) |
| Purchase | 08/03/07 | 200.00 $ | 15.71 | ($3,142.00) |
| Purchase | 08/03/07 | 100.00 $ | 15.73 | ($1,573.00) |
| Purchase | 08/03/07 | 100.00 $ | 15.73 | ($1,573.00) |
| Purchase | 08/03/07 | 100.00 $ | 15.72 | ($1,572.00) |
| Purchase | 08/03/07 | 100.00 $ | 15.73 | ($1,573.00) |
| Purchase | 08/03/07 | 300.00 $ | 15.72 | ($4,716.00) |
| Purchase | 08/03/07 | 600.00 $ | 15.72 | ($9,432.00) |
| Purchase | 08/03/07 | 300.00 $ | 15.72 | ($4,716.00) |
| Purchase | 08/03/07 | 400.00 $ | 15.72 | ($6,288.00) |
| *Class period purchases:* | | *40,720.00* | | *($731,388.57)* |
| | | | | |
| Sale | 06/08/07 | -50.00 $ | 22.08 | $1,103.98 |
| Sale | 06/08/07 | -100.00 $ | 22.08 | $2,207.96 |
| Sale | 06/08/07 | -100.00 $ | 22.08 | $2,200.96 |
| Sale | 06/11/07 | -100.00 $ | 20.62 | $2,061.96 |
| Sale | 06/11/07 | -50.00 $ | 20.75 | $1,037.48 |

| Type | Date | Amount | Price | Total |
|---|---|---|---|---|
| Sale | 06/11/07 | -100.00 $ | 20.63 | $2,062.96 |
| Sale | 06/11/07 | -125.00 $ | 20.62 | $2,577.46 |
| Sale | 06/11/07 | -300.00 $ | 20.62 | $6,185.90 |
| Sale | 06/11/07 | -636.00 $ | 20.75 | $13,196.79 |
| Sale | 06/11/07 | -50.00 $ | 20.75 | $1,037.48 |
| Sale | 06/11/07 | -100.00 $ | 20.76 | $2,075.96 |
| Sale | 06/11/07 | -150.00 $ | 20.64 | $3,088.95 |
| Sale | 06/11/07 | -50.00 $ | 20.78 | $1,031.98 |
| Sale | 06/11/07 | -25.00 $ | 20.63 | $515.74 |
| Sale | 06/11/07 | -14.00 $ | 20.75 | $290.49 |
| Sale | 06/11/07 | -100.00 $ | 20.64 | $2,063.96 |
| Sale | 06/12/07 | -800.00 $ | 19.31 | $15,447.76 |
| Sale | 06/12/07 | -200.00 $ | 19.31 | $3,854.94 |
| Sale | 06/13/07 | -200.00 $ | 20.10 | $4,019.93 |
| Sale | 06/13/07 | -100.00 $ | 20.10 | $2,009.96 |
| Sale | 06/13/07 | -100.00 $ | 20.11 | $2,010.96 |
| Sale | 06/13/07 | -125.00 $ | 20.00 | $2,499.96 |
| Sale | 06/13/07 | -300.00 $ | 20.00 | $5,999.90 |
| Sale | 06/13/07 | -1,375.00 $ | 20.06 | $27,582.07 |
| Sale | 06/13/07 | -200.00 $ | 20.15 | $4,029.93 |
| Sale | 06/13/07 | -100.00 $ | 20.15 | $2,007.96 |
| Sale | 06/13/07 | -1,000.00 $ | 19.81 | $19,802.69 |
| Sale | 06/13/07 | -300.00 $ | 20.11 | $6,032.90 |
| Sale | 06/13/07 | -100.00 $ | 20.15 | $2,014.96 |
| Sale | 06/13/07 | -100.00 $ | 20.15 | $2,014.96 |
| Sale | 06/19/07 | -100.00 $ | 19.70 | $1,969.96 |
| Sale | 06/19/07 | -400.00 $ | 19.92 | $7,967.87 |
| Sale | 06/19/07 | -80.00 $ | 19.92 | $1,593.57 |
| Sale | 06/19/07 | -300.00 $ | 19.92 | $5,975.90 |
| Sale | 06/19/07 | -128.00 $ | 19.70 | $2,521.56 |
| Sale | 06/19/07 | -100.00 $ | 19.95 | $1,987.96 |
| Sale | 06/19/07 | -400.00 $ | 19.70 | $7,872.87 |
| Sale | 06/19/07 | -72.00 $ | 19.72 | $1,419.81 |
| Sale | 06/19/07 | -300.00 $ | 19.70 | $5,909.90 |
| Sale | 06/19/07 | -20.00 $ | 19.93 | $398.59 |
| Sale | 06/22/07 | -400.00 $ | 18.75 | $7,492.88 |
| Sale | 06/26/07 | -200.00 $ | 17.66 | $3,531.94 |

| | | | | |
|---|---|---|---|---|
| Sale | 06/26/07 | -150.00 $ | 17.66 | $2,648.95 |
| Sale | 06/26/07 | -300.00 $ | 17.66 | $5,290.91 |
| Sale | 06/26/07 | -100.00 $ | 17.66 | $1,765.97 |
| Sale | 06/28/07 | -200.00 $ | 16.36 | $3,271.94 |
| Sale | 06/28/07 | -300.00 $ | 16.39 | $4,916.92 |
| Sale | 06/28/07 | -287.00 $ | 16.34 | $4,689.50 |
| Sale | 06/28/07 | -200.00 $ | 16.36 | $3,271.94 |
| Sale | 06/28/07 | -300.00 $ | 16.39 | $4,916.92 |
| Sale | 06/28/07 | -33.00 $ | 16.40 | $541.19 |
| Sale | 06/28/07 | -200.00 $ | 16.40 | $3,272.94 |
| Sale | 06/28/07 | -300.00 $ | 16.40 | $4,919.92 |
| Sale | 06/28/07 | -300.00 $ | 16.40 | $4,919.92 |
| Sale | 06/29/07 | -200.00 $ | 18.69 | $3,737.94 |
| Sale | 06/29/07 | -100.00 $ | 18.66 | $1,865.97 |
| Sale | 06/29/07 | -200.00 $ | 18.69 | $3,737.94 |
| Sale | 06/29/07 | -1,000.00 $ | 18.60 | $18,592.71 |
| Sale | 06/29/07 | -500.00 $ | 18.69 | $9,337.85 |
| Sale | 07/16/07 | -350.00 $ | 20.80 | $7,279.88 |
| Sale | 07/16/07 | -90.00 $ | 20.35 | $1,831.48 |
| Sale | 07/16/07 | -900.00 $ | 20.35 | $18,314.80 |
| Sale | 07/16/07 | -1,000.00 $ | 20.35 | $20,342.68 |
| Sale | 07/16/07 | -500.00 $ | 20.80 | $10,392.84 |
| Sale | 07/16/07 | -510.00 $ | 20.37 | $10,381.54 |
| Sale | 07/19/07 | -300.00 $ | 16.87 | $5,060.92 |
| Sale | 07/19/07 | -18.00 $ | 16.82 | $302.75 |
| Sale | 07/19/07 | -32.00 $ | 16.82 | $538.23 |
| Sale | 07/19/07 | -500.00 $ | 16.86 | $8,429.87 |
| Sale | 07/19/07 | -1,500.00 $ | 16.82 | $25,229.61 |
| Sale | 07/19/07 | -1,000.00 $ | 16.87 | $16,869.74 |
| Sale | 07/19/07 | -1,500.00 $ | 16.85 | $25,274.61 |
| Sale | 07/19/07 | -58.00 $ | 16.87 | $978.44 |
| Sale | 07/19/07 | -150.00 $ | 16.83 | $2,517.46 |
| Sale | 07/19/07 | -100.00 $ | 16.87 | $1,686.97 |
| Sale | 07/19/07 | -900.00 $ | 16.87 | $15,175.76 |
| Sale | 07/19/07 | -100.00 $ | 16.90 | $1,682.97 |
| Sale | 07/19/07 | -500.00 $ | 16.86 | $8,429.87 |
| Sale | 07/19/07 | -42.00 $ | 16.87 | $708.52 |

| | | | | |
|---|---|---|---|---|
| Sale | 07/19/07 | -100.00 | $ 16.90 | $1,689.97 |
| Sale | 07/19/07 | -300.00 | $ 16.82 | $5,045.92 |
| Sale | 07/23/07 | -400.00 | $ 17.17 | $6,867.89 |
| Sale | 07/23/07 | -100.00 | $ 17.17 | $1,716.97 |
| Sale | 07/23/07 | -400.00 | $ 17.18 | $6,871.89 |
| Sale | 07/23/07 | -100.00 | $ 17.16 | $1,715.97 |
| Sale | 07/23/07 | -450.00 | $ 17.15 | $7,717.38 |
| Sale | 07/23/07 | -560.00 | $ 17.15 | $9,603.85 |
| Sale | 07/23/07 | -900.00 | $ 17.15 | $15,434.76 |
| Sale | 07/23/07 | -100.00 | $ 17.18 | $1,717.97 |
| Sale | 07/23/07 | -100.00 | $ 17.22 | $1,721.97 |
| Sale | 07/23/07 | -700.00 | $ 17.22 | $12,053.81 |
| Sale | 07/23/07 | -400.00 | $ 17.23 | $6,884.89 |
| Sale | 07/23/07 | -400.00 | $ 17.22 | $6,887.89 |
| Sale | 07/23/07 | -100.00 | $ 17.19 | $1,718.97 |
| Sale | 07/23/07 | -640.00 | $ 17.20 | $11,007.83 |
| Sale | 07/23/07 | -100.00 | $ 17.20 | $1,719.97 |
| Sale | 08/06/07 | -600.00 | $ 12.68 | $7,600.94 |
| *Sale* | *08/09/07* | *-5,000.00* | *$ 9.37* | *$46,842.78* |
| *Sale* | *08/09/07* | *-2,000.00* | *$ 8.90* | *$17,792.92* |
| *Sale* | *08/09/07* | *-1,000.00* | *$ 8.90* | *$8,892.96* |
| *Sale* | *08/09/07* | *-1,300.00* | *$ 9.35* | *$12,147.81* |
| *Sale* | *08/09/07* | *-100.00* | *$ 9.35* | *$934.98* |
| *Sale* | *08/09/07* | *-600.00* | *$ 9.35* | *$5,610.06* |
| **Sales (matched to class period purchases):** | | **-40,720.00** | | **$654,040.42** |
| | | | | |
| FIFO Retained purchases: | | 0.00 | $8.84 | $0.00 |
| | | | | |
| LIFO Retained purchases: | | 0.00 | $8.84 | $0.00 |
| | | | FIFO Gain/(Loss): | ($77,348.15) |
| | | | LIFO Gain/(Loss): | ($77,348.15) |
| | | | NET Gain/(Loss): | ($77,348.15) |