# Exhibit C

MWR        Paskowitz & Associates Announces Class Action Suit on Behalf of
           Aug 13 2007  13:15

Paskowitz & Associates Announces Class Action Suit on Behalf of
Limelight Networks, Inc. Investors

NEW YORK, NY -- (MARKET WIRE) -- 08/13/07 -- Paskowitz & Associates
has commenced a Class Action lawsuit in the United States District
Court for the Southern District of New York on behalf of a class (the
"Class") of all persons who purchased or acquired securities of
Limelight Networks, Inc. ("Limelight Networks" or the "Company")
(NASDAQ: LLNW) between June 8, 2007 and August 8, 2007 (the "Class
Period").

For further information you may call toll free, 1-800-705-9529, or
contact counsel by e-mail by writing to lpaskowitz@pasklaw.com.

The Complaint alleges that defendants, including the Company's top
executives and the co-lead underwriters of its IPO, negligently
violated the federal securities laws by issuing a Prospectus in
connection with its June 8, 2007 initial public offering ("IPO") that
was materially misleading regarding adverse business events that were
affecting the Company, including: (a) that revenues were suffering
due to greater reliance on television-related sales, which are
seasonal; and (b) that Limelight Networks was being forced to resort
to deep discounting its services in order to attract and maintain
customers for its premier services because of those customers'
resistance to paying adequate prices, a development that will impact
the Company's June 30, 2007 quarter, and will continue to adversely
impact the Company going forward. When the truth about these matters
was revealed, Limelight Networks shares dropped substantially.

If you purchased Limelight Networks stock or other securities during
the Class Period, you may qualify to serve as Lead Plaintiff on behalf
of the Class, which consists of all persons and entities who
purchased Limelight Networks stock from June 8, 2007 through August
8, 2007. You are not required to have sold your Limelight Networks
holdings in order to claim damages, or to serve in this role. This
case will be prosecuted on a contingent fee basis. All motions for
appointment as Lead Plaintiff must be filed within 60 days of this
Notice. The case has been assigned to the Hon. Paul A. Crotty, and
assigned Civil No. 07 CV 7205.

Paskowitz & Associates has many years of successful experience
representing shareholders in securities fraud class actions. Our firm
will answer all questions, and provide information, at no cost or
obligation to you.

Copyright (c) 2007

```
MWR        Paskowitz & Associates Announces Class Action Suit on Behalf of
           Aug 13 2007   13:15
```

Contact:
Paskowitz & Associates
Laurence Paskowitz, Esq.
Toll free: 1-800-705-9529
-0- Aug/13/2007 17:15 GMT

Copyright (c) 2007