UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- x
:
FAISAL MUSTAFA, Individually, and On :
Behalf of All Others Similarly Situated, :
: Electronically Filed
Plaintiff, :
: Civil Action No.: 1:07-cv-07205-PAC
v. : (ECF Case)
:
LIMELIGHT NETWORKS, INC., GOLDMAN : Hon. Paul A. Crotty
SACHS & CO., MORGAN STANLEY & CO., :
INC., JEFFREY LUNSFORD, NATHAN :
RACIBORSKI, ALLAN M. KAPLAN, JOSEPH :
H. GLEBERMAN, and PETER J. PERRONE, :
:
Defendants. :
:
:
---------------------------------------------------------------- x

*(Additional captions on the following pages)*

**CERTIFICATE OF SERVICE**

```
------------------------------------------------------------ x
                                                   :
TIM RADECKI, Individually, and On Behalf of        :
All Others Similarly Situated,                     :
                                                   :   Electronically Filed
                    Plaintiff,                     :
                                                   :   Civil Action No.: 1:07-cv-07394-PAC
        v.                                         :   (ECF Case)
                                                   :
LIMELIGHT NETWORKS, INC., JEFFREY W.               :   Hon. Paul A. Crotty
LUNSFORD, MATTHEW HALE, NATHAN F.                  :
RACIBORSKI, ALLAN M. KAPLAN, JOSEPH                :
H. GLEBERMAN, PETER J. PERRONE,                    :
GOLDMAN, SACHS & CO., and MORGAN                   :
STANLEY & CO., INCORPORATED.,                      :
                                                   :
                    Defendants.                    :
                                                   :
                                                   :
------------------------------------------------------------ x
                                                   :
HENDO WEENINK, Individually, and On                :
Behalf of All Others Similarly Situated,           :
                                                   :   Electronically Filed
                    Plaintiff,                     :
                                                   :   Civil Action No.: 1:07-cv-07404-PAC
        v.                                         :   (ECF Case)
                                                   :
LIMELIGHT NETWORKS, INC., GOLDMAN                  :   Hon. Paul A. Crotty
SACHS & CO., MORGAN STANLEY & CO.,                 :
INC., PIPER JAFFRAY & CO., FRIEDMAN,               :
BILLINGS, RAMSEY & CO., INC., JEFFREY              :
LUNSFORD, MATTHEW HALE, WALTER D.                  :
AMARAL, JOSEPH H. GLEBERMAN,                       :
FREDERIC W. HARMAN, MARK A. JUNG,                  :
ALLAN M. KAPLAN, PETER J. PERRONE,                 :
DAVID C. PETERSCHMIDT, NATHAN F.                   :
RACIBORSKI, and GARY VALENZUELA,                   :
                                                   :
                    Defendants.                    :
                                                   :
------------------------------------------------------------ x
```

```
------------------------------------------------------------ x
                                                             :
SCOTT KAIRALLA, Individually, and On Behalf                  :
of All Others Similarly Situated,                            :   Electronically Filed
                                                             :
                 Plaintiff,                                  :   Civil Action No.: 1:07-cv-07417-PAC
                                                             :   (ECF Case)
         v.                                                  :
                                                             :   Hon. Paul A. Crotty
LIMELIGHT NETWORKS, INC., JEFFREY W.                         :
LUNSFORD, MICHAEL M. GORDON,                                 :
WILLIAM H. RINEHART, MATTHEW HALE,                           :
NATHAN F. RACIBORSKI, WALTER D.                              :
AMARAL, JOSEPH H. GLEBERMAN,                                 :
FREDERIC W. HARMAN, MARK A. JUNG,                            :
ALLAN M. KAPLAN, PETER J. PERRONE,                           :
DAVID C. PETERSCHMIDT, GARY                                  :
VALENZUELA, GOLDMAN SACHS & CO.,                             :
JEFFERIES & COMPANY, INC., MORGAN                            :
STANLEY & CO., INCORPORATED, PIPER                           :
JAFFRAY & CO., and FRIEDMAN, BILLINGS,                       :
RAMSEY & CO., INC.,                                          :
                                                             :
                 Defendants.                                 :
                                                             :
                                                             :
------------------------------------------------------------ x
                                                             :
BENJAMIN PAUL, Individually, and On Behalf                   :
of All Others Similarly Situated,                            :   Electronically Filed
                                                             :
                 Plaintiff,                                  :   Civil Action No.: 1:07-cv-07432-PAC
                                                             :   (ECF Case)
         v.                                                  :
                                                             :   Hon. Paul A. Crotty
LIMELIGHT NETWORKS, INC., GOLDMAN                            :
SACHS & CO., MORGAN STANLEY & CO.,                           :
INC., JEFFREY W. LUNSFORD, NATHAN F.                         :
RACIBORSKI, and ALLAN M. KAPLAN,                             :
                                                             :
                 Defendants.                                 :
                                                             :
------------------------------------------------------------ x
```

------------------------------------------------------------- x
:
ALICE ARTIS, Individually, and On Behalf of All : 
Others Similarly Situated,                      :   Electronically Filed
                                                :
                 Plaintiff,                     :   Civil Action No.: 1:07-cv-07475-PAC
                                                :   (ECF Case)
          v.                                    :
                                                :   Hon. Paul A. Crotty
LIMELIGHT NETWORKS, INC., JEFFREY W.            :
LUNSFORDM MATTHEW HALE, NATHAN                  :
F. RACIBORSKI, MICHAEL M. GORDON,               :
WILLIAM H. RINEHART, ALLAN M.                   :
KAPLAN, WALTER D. AMARAL, JOSEPH H.             :
GLEBERMAN, FREDERIC W. HARMAN,                  :
MARK A. JUNG, PETER J. PERRONE,                 :
DAVID C. PETERSCHMIDT, GARY                     :
VALENZUELA, GOLDMAN SACHS & CO.,                :
MORGAN STANLEY & CO., INC., JEFFERIES           :
&COMPANY, INC., PIPER JAFFRAY & CO.,            :
and FRIEDMAN, BILLINGS, RAMSEY & CO.,           :
INC.,                                           :
                                                :
                 Defendants.                    :
                                                :
                                                :
------------------------------------------------------------- x

I, Christopher J. Keller, hereby certify, that on October 12, 2007, I electronically filed true and correct copies of the foregoing documents:

- Motion of the Robbins Group for Consolidation, Appointment as Lead Plaintiff, and Approval of Selection of Lead Counsel

- Memorandum of Law in Support of the Motion of the Robbins Group for Consolidation, Appointment as Lead Plaintiff, and Approval of Selection of Lead Counsel

- Declaration of Alan I. Ellman in Support of the Motion of the Robbins Group for Consolidation, Appointment as Lead Plaintiff, and Approval of Selection of Lead Counsel

with the Clerk of the Court using the ECF system which will send notification to the following:

classattorney@aol.com; rljacobs@pipeline.com; jak@klafterolsen.com;

gschor@wsgr.com; nespole@whafh.com; hasson@whafh.com; drosenfeld@csgrr.com;

srudman@csgrr.com; lrosen@rosenlegal.com; pkim@rosenlegal.com; esmith@brodsky-smith.com

and I hereby certify that I have caused true and correct copies of the foregoing documents to be served via U.S. mail to the following non-ECF participants on the attached Service List.

/s _Christopher J. Keller_____
Christopher J. Keller (CK-2347)

## LIMELIGHT NETWORKS, INC., SERVICE LIST

**Boris Feldman**
Wilson, Sonsini, Goodrich & Rosati
650 Page Mill Road
Palo Alto, CA 94304
(650) 493-9300
Fax: (650) 493-6811


**Ignacio E. Salceda**
Wilson Sonsini Goodrich & Rosati
650 Page Mill Road
Palo Alto, CA 94304-1050
(650) 493-9300
Fax: (650) 493-6811