UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FAISAL MUSTAFA, Individually and on Behalf of All Others Similarly Situated,<br><br>      Plaintiff,<br><br>    vs.<br><br>LIMELIGHT NETWORKS, INC., GOLDMAN, SACHS & CO., MORGAN STANLEY & CO., INC., JEFFREY LUNSFORD, NATHAN RACIBORSKI, ALLAN M. KAPLAN, JOSEPH H. GLEBERMAN, and PETER J. PERRONE,<br><br>      Defendants. | Electronically Filed<br><br><br>Case No. 1:07-cv-07205-PAC<br><br>(ECF Case) |
| TIM RADECKI, Individually and on Behalf of All Others Similarly Situated,<br><br>      Plaintiff,<br><br>    vs.<br><br>LIMELIGHT NETWORKS, INC., JEFFREY W. LUNSFORD, MATTHEW HALE, NATHAN F. RACIBORSKI, ALAN M. KAPLAN, JOSEPH H. GLEBERMAN, PETER J. PERRONE, GOLDMAN, SACHS & CO. and MORGAN STANLEY & CO. INCORPORATED,<br><br>      Defendants. | Case No. 1:07-cv-07394-PAC<br><br>(ECF Case) |

[Captions continued on next page]

**MOTION OF THE LE GROUP TO CONSOLIDATE ACTIONS,
TO BE APPOINTED LEAD PLAINTIFF AND FOR APPROVAL OF LEAD
<u>PLAINTIFF'S SELECTION OF LEAD COUNSEL AND LIAISON COUNSEL</u>**

| | |
|---|---|
| HENDO WEERNICK, Individually and on Behalf of All Those Similarly Situated,<br><br>      Plaintiff,<br><br>  vs.<br><br>LIMELIGHT NETWORKS, INC., GOLDMAN SACHS & CO., MORGAN STANLEY & CO., INC., JEFFREIES & COMPANY, INC., PIPER JAFFRAY & CO., FRIEDMAN, BILLINGS, RAMSEY & CO., INC., JEFFREY W. LUNSFORD, MATTHEW HALE, WALTER D. AMARAL, JOSEPH H. GLEBERMAN, FREDERIC W. HARMAN, MARK A. JUNG, ALLAN M. KAPLAN, PETER J. PERRONE, DAVID C. PETERSCHMIDT, NATHAN F. RACIBORSKI and GARY VALENZUELA,<br><br>      Defendants. | Case No. 1:07-cv-07404-PAC<br><br>(ECF Case) |
| SCOTT KAIRALLA, Individually and on Behalf of All Others Similarly Situated,<br><br>      Plaintiff,<br><br>  vs.<br><br>LIMELIGHT NETWORKS, INC., JEFFREY W. LUNSFORD, MICHAEL M. GORDON, WILLIAM H. RINEHART, MATTHEW HALE, NATHAN F. RACIBORSKI, WALTER D. AMARAL, JESEPH H. GLEBERMAN, FREDERIC W. HARMAN, MARK A. JUNG, ALLAN M. KAPLAN, PETER J. PERRONE, DAVID C. PETERSCHMIDT, GARY VALENZUELA, GOLDMAN SACHS & CO., JEFFRIES & COMPANY, INC., MORGAN STANLEY & CO., INCORPORATED, PIPER JAFFRAY & CO. and FRIEDMAN, BILLINGS, RAMSEY & CO., INC.,<br><br>      Defendants. | Case No. 1:07-CV-01953-HB<br><br>(ECF Case) |

[Captions continued on next page]

| | |
|---|---|
| BENJAMIN PAUL, Individually and on Behalf of All Others Similarly Situated,<br><br>      Plaintiff,<br><br>  vs.<br><br>LIMELIGHT NETWORKS, INC, GOLDMAN SACHS & CO., MORGAN STANLEY & CO., INC., JEFFREY W. LUNSFORD, NATHAN F. RACIBORSKI and ALLAN M. KAPLAN,<br><br>      Defendants. | Case No. 1:07-cv-07432-PAC<br><br>(ECF Case) |
| ALICE ARTIS, Individually and on Behalf of All Others Similarly Situated,<br><br>      Plaintiff,<br><br>  vs.<br><br>LIMELIGHT NETWORKS, INC, JEFFREY W. LUNSFORD, MATTHEW HALE, NATHAN RACIBORSKI, MICHAEL W. GORDON, WILLIAM H. RINEHART, ALLAN M. KAPLAN, WALTER D. AMARAL, JOSEPH H. GLEBERMAN, FREDEREC W. HARMON, MARK A. JUNG, PETER J. PERRONE, DAVID C. PETERSCHMIDT, GARY VALENZUELA, GOLDMAN, SACHS & CO., MORGAN STANLEY & CO., INC., PIPER JAFFRAY & CO. and FRIEDMAN, BILLINGS, RAMSEY & CO., INC.,<br><br>      Defendants. | Case No. 1:07-CV-07475-PAC<br><br>(ECF Case) |

PLEASE TAKE NOTICE that class members Hoa Van Le, Del G. Nuzum and Paul A. Walicke (collectively, the "Le Group"), by their counsel, will hereby move this Court, on a date and at such time as may be designated by the Court, for an Order: (i) consolidating for all purposes the above-captioned related actions pursuant to Fed. R. Civ. P. 42; (ii) appointing the Le Group as lead plaintiff; (iii) approving the Le Group's selection of the law firm of Schiffrin Barroway, Topaz & Kessler, LLP and to serve as Lead Counsel; (iv) approving the Le Group's selection of the law firm of Brodsky & Smith, LLC as Liaison Counsel; and (v) granting such other and further relief as the Court may deem just and proper.  In support of this motion, the Le Group submits herewith a Memorandum of Law and Declaration of Evan J. Smith.

Dated: October 12, 2007                                    Respectfully submitted,

**BRODSKY & SMITH, LLC**

By:   */s Evan J. Smith, Esquire(ES3254)*
Evan J. Smith (ES3254)
240 Mineola Blvd.
Mineola, NY 11501
Telephone:    (516) 741-4977
Facsimile:     (516) 741-0626

**Proposed Liaison Counsel**

**SCHIFFRIN BARROWAY**
**TOPAZ & KESSLER, LLP**
Stuart L. Berman
Sean M. Handler
Tammy D. Cummings
280 King of Prussia Road
Radnor, PA 19087
Telephone:    (610) 667-7056
Facsimile:     (610) 667-7706

**Proposed Lead Counsel**