UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FAISAL MUSTAFA, Individually and on Behalf of All Others Similarly Situated,<br><br>      Plaintiff,<br><br>    vs.<br><br>LIMELIGHT NETWORKS, INC., GOLDMAN, SACHS & CO., MORGAN STANLEY & CO., INC., JEFFREY LUNSFORD, NATHAN RACIBORSKI, ALLAN M. KAPLAN, JOSEPH H. GLEBERMAN, and PETER J. PERRONE,<br><br>      Defendants. | Electronically Filed<br><br><br>Case No. 1:07-cv-07205-PAC<br><br>(ECF Case) |
| TIM RADECKI, Individually and on Behalf of All Others Similarly Situated,<br><br>      Plaintiff,<br><br>    vs.<br><br>LIMELIGHT NETWORKS, INC., JEFFREY W. LUNSFORD, MATTHEW HALE, NATHAN F. RACIBORSKI, ALAN M. KAPLAN, JOSEPH H. GLEBERMAN, PETER J. PERRONE, GOLDMAN, SACHS & CO. and MORGAN STANLEY & CO. INCORPORATED,<br><br>      Defendants. | <br><br><br>Case No. 1:07-cv-07394-PAC<br><br>(ECF Case) |

[Captions continued on next page]

**CERTIFICATE OF SERVICE**

i

| | |
|---|---|
| HENDO WEERNICK, Individually and on Behalf of All Those Similarly Situated,<br><br>                              Plaintiff,<br><br>                   vs.<br><br>LIMELIGHT NETWORKS, INC., GOLDMAN SACHS & CO., MORGAN STANLEY & CO., INC., JEFFREIES & COMPANY, INC., PIPER JAFFRAY & CO., FRIEDMAN, BILLINGS, RAMSEY & CO., INC., JEFFREY W. LUNSFORD, MATTHEW HALE, WALTER D. AMARAL, JOSEPH H. GLEBERMAN, FREDERIC W. HARMAN, MARK A. JUNG, ALLAN M. KAPLAN, PETER J. PERRONE, DAVID C. PETERSCHMIDT, NATHAN F. RACIBORSKI and GARY VALENZUELA,<br><br>                              Defendants. | Case No. 1:07-cv-07404-PAC<br><br>(ECF Case) |
| SCOTT KAIRALLA, Individually and on Behalf of All Others Similarly Situated,<br><br>                              Plaintiff,<br><br>                   vs.<br><br>LIMELIGHT NETWORKS, INC., JEFFREY W. LUNSFORD, MICHAEL M. GORDON, WILLIAM H. RINEHART, MATTHEW HALE, NATHAN F. RACIBORSKI, WALTER D. AMARAL, JESEPH H. GLEBERMAN, FREDERIC W. HARMAN, MARK A. JUNG, ALLAN M. KAPLAN, PETER J. PERRONE, DAVID C. PETERSCHMIDT, GARY VALENZUELA, GOLDMAN SACHS & CO., JEFFRIES & COMPANY, INC., MORGAN STANLEY & CO., INCORPORATED, PIPER JAFFRAY & CO. and FRIEDMAN, BILLINGS, RAMSEY & CO., INC.,<br><br>                              Defendants. | Case No. 1:07-CV-01953-HB<br><br>(ECF Case) |

[Captions continued on next page]

| | |
|---|---|
| BENJAMIN PAUL, Individually and on Behalf of All Others Similarly Situated,<br><br>                  Plaintiff,<br><br>      vs.<br><br>LIMELIGHT NETWORKS, INC, GOLDMAN SACHS & CO., MORGAN STANLEY & CO., INC., JEFFREY W. LUNSFORD, NATHAN F. RACIBORSKI and ALLAN M. KAPLAN,<br><br>                  Defendants. | Case No. 1:07-cv-07432-PAC<br><br>(ECF Case) |
| ALICE ARTIS, Individually and on Behalf of All Others Similarly Situated,<br><br>                    Plaintiff,<br><br>      vs.<br><br>LIMELIGHT NETWORKS, INC, JEFFREY W. LUNSFORD, MATTHEW HALE, NATHAN RACIBORSKI, MICHAEL W. GORDON, WILLIAM H. RINEHART, ALLAN M. KAPLAN, WALTER D. AMARAL, JOSEPH H. GLEBERMAN, FREDEREC W. HARMON, MARK A. JUNG, PETER J. PERRONE, DAVID C. PETERSCHMIDT, GARY VALENZUELA, GOLDMAN, SACHS & CO., MORGAN STANLEY & CO., INC., PIPER JAFFRAY & CO. and FRIEDMAN, BILLINGS, RAMSEY & CO., INC.,<br><br>                  Defendants. | Case No. 1:07-CV-07475-PAC<br><br>(ECF Case) |

It is hereby certified that a copy of the following documents were filed and served via electronic transmission with the clerk of the court using the CM/ECF system on this 12th day of October, 2007, and thereby served upon all counsel of record.

1) Motion Of The Le Group To Consolidate Actions, To Be Appointed Lead Plaintiff And For Approval Of Lead Plaintiff's Selection Of Lead Counsel And Liaison Counsel

2) Memorandum of Law In Support Of the Motion Of The Le Group To Consolidate Actions, To Be Appointed Lead Plaintiff And For Approval Of Lead Plaintiff's Selection Of Lead Counsel And Liaison Counsel

3) Declaration of Evan J. Smith In Support Of The Motion Of The Le Group To Consolidate Actions, To Be Appointed Lead Plaintiff And For Approval Of Lead Plaintiff's Selection Of Lead Counsel And Liaison Counsel

4) [Proposed Order] Consolidating Actions, Appointing Lead Plaintiff, And Approving Lead Plaintiff's Selection of Lead Counsel And Liaison Counsel

Dated: October 12, 2007                By:   */s Evan J. Smith, Esquire (ES3254)*
                                       Evan J. Smith (ES3254)