UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FAISAL MUSTAFA, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>LIMELIGHT NETWORKS, INC., GOLDMAN, SACHS & CO., MORGAN STANLEY & CO., INC., JEFFREY LUNSFORD, NATHAN RACIBORSKI, ALLAN M. KAPLAN, JOSEPH H. GLEBERMAN, and PETER J. PERRONE,<br><br>Defendants. | Electronically Filed<br><br><br>Case No. 1:07-cv-07205-PAC<br><br>(ECF Case) |
| TIM RADECKI, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>LIMELIGHT NETWORKS, INC., JEFFREY W. LUNSFORD, MATTHEW HALE, NATHAN F. RACIBORSKI, ALAN M. KAPLAN, JOSEPH H. GLEBERMAN, PETER J. PERRONE, GOLDMAN, SACHS & CO. and MORGAN STANLEY & CO. INCORPORATED,<br><br>Defendants. | Case No. 1:07-cv-07394-PAC<br><br>(ECF Case) |

[Captions continued on next page]


**DECLARATION OF EVAN J. SMITH IN SUPPORT OF THE MOTION
OF THE LE GROUP TO CONSOLIDATE ACTIONS,
TO BE APPOINTED LEAD PLAINTIFF AND FOR APPROVAL OF LEAD
PLAINTIFF'S SELECTION OF LEAD COUNSEL AND LIAISON COUNSEL**

i

| | |
|---|---|
| HENDO WEERNICK, Individually and on Behalf of All Those Similarly Situated,<br><br>                  Plaintiff,<br><br>    vs.<br><br>LIMELIGHT NETWORKS, INC., GOLDMAN SACHS & CO., MORGAN STANLEY & CO., INC., JEFFREIES & COMPANY, INC., PIPER JAFFRAY & CO., FRIEDMAN, BILLINGS, RAMSEY & CO., INC., JEFFREY W. LUNSFORD, MATTHEW HALE, WALTER D. AMARAL, JOSEPH H. GLEBERMAN, FREDERIC W. HARMAN, MARK A. JUNG, ALLAN M. KAPLAN, PETER J. PERRONE, DAVID C. PETERSCHMIDT, NATHAN F. RACIBORSKI and GARY VALENZUELA,<br><br>                  Defendants. | Case No. 1:07-cv-07404-PAC<br><br>(ECF Case) |
| SCOTT KAIRALLA, Individually and on Behalf of All Others Similarly Situated,<br><br>                  Plaintiff,<br><br>    vs.<br><br>LIMELIGHT NETWORKS, INC., JEFFREY W. LUNSFORD, MICHAEL M. GORDON, WILLIAM H. RINEHART, MATTHEW HALE, NATHAN F. RACIBORSKI, WALTER D. AMARAL, JESEPH H. GLEBERMAN, FREDERIC W. HARMAN, MARK A. JUNG, ALLAN M. KAPLAN, PETER J. PERRONE, DAVID C. PETERSCHMIDT, GARY VALENZUELA, GOLDMAN SACHS & CO., JEFFRIES & COMPANY, INC., MORGAN STANLEY & CO., INCORPORATED, PIPER JAFFRAY & CO. and FRIEDMAN, BILLINGS, RAMSEY & CO., INC.,<br><br>                  Defendants. | Case No. 1:07-CV-01953-HB<br><br>(ECF Case) |

[Captions continued on next page]

| | |
|---|---|
| BENJAMIN PAUL, Individually and on Behalf of All Others Similarly Situated,<br><br>                    Plaintiff,<br><br>         vs.<br><br>LIMELIGHT NETWORKS, INC, GOLDMAN SACHS & CO., MORGAN STANLEY & CO., INC., JEFFREY W. LUNSFORD, NATHAN F. RACIBORSKI and ALLAN M. KAPLAN,<br><br>                    Defendants. | Case No. 1:07-cv-07432-PAC<br><br>(ECF Case) |
| ALICE ARTIS, Individually and on Behalf of All Others Similarly Situated,<br><br>                    Plaintiff,<br><br>         vs.<br><br>LIMELIGHT NETWORKS, INC, JEFFREY W. LUNSFORD, MATTHEW HALE, NATHAN RACIBORSKI, MICHAEL W. GORDON, WILLIAM H. RINEHART, ALLAN M. KAPLAN, WALTER D. AMARAL, JOSEPH H. GLEBERMAN, FREDEREC W. HARMON, MARK A. JUNG, PETER J. PERRONE, DAVID C. PETERSCHMIDT, GARY VALENZUELA, GOLDMAN, SACHS & CO., MORGAN STANLEY & CO., INC., PIPER JAFFRAY & CO. and FRIEDMAN, BILLINGS, RAMSEY & CO., INC.,<br><br>                    Defendants. | Case No. 1:07-CV-07475-PAC<br><br>(ECF Case) |

Evan J. Smith, declares under penalty of perjury this 12th day of October, 2007:

1. I am a partner with the law firm of Brodsky & Smith, LLC, proposed Liaison Counsel for class members Hoa Van Le, Del G. Nuzum and Paul A. Walicke (collectively, the "Le Group"). I respectfully submit this declaration in support of the Motion Of The Le Group To Consolidate Actions, To Be Appointed Lead Plaintiff And For Approval Of Lead Plaintiff's Selection Of Lead Counsel And Liaison Counsel.

2. Attached hereto as Exhibit A are true and correct copies of the signed certifications for the members of the Le Group pursuant to the requirements of the Private Securities Litigation Reform Act of 1995. 15 U.S.C. § 77z-4(a)(2) and 15 U.S.C. § 78u-4(a)(2).

3. Attached hereto as Exhibit B is a true and correct copy of the notice to class members concerning the first-filed of the above-captioned actions that was published on August 13, 2007 on *Market Wire* advising the public of the pendency of a class action filed on behalf of shareholders of Limelight Networks, Inc. ("Limelight").

4. Attached hereto as Exhibit C is a true and correct copy of a chart of the Le Group's transactions and approximate losses in Limelight common stock.

5. Attached hereto as Exhibit D is a true and correct copy of the firm biography for Schiffrin Barroway Topaz & Kessler, LLP, one of the law firms seeking the Court's approval as Lead Counsel.

6. Attached hereto as Exhibit E is a true and correct copy of the firm biography for Brodsky & Smith, LLC, one of the law firms seeking the Court's approval as Lead Counsel.

I hereby declare under penalty of perjury that the foregoing is true and correct.

Dated: October 12, 2007        /s Evan J. Smith, Esquire (ES3254)
                                Evan J. Smith (ES3254