# EXHIBIT A

CERTIFICATION

I, (print name) _HOA  VAN  LE_ ("Plaintiff") declare, as to the claims asserted under the federal securities laws, that:

1.    Plaintiff has reviewed the Complaint, authorizes its filing, and retains Schiffrin Barroway Topaz & Kessler, LLP and such co-counsel it deems appropriate to associate with to pursue such action on a contingent fee basis.

2.    Plaintiff did not purchase the security that is the subject of this action at the direction of Plaintiff's counsel or in order to participate in any private action.

3.    Plaintiff is willing to serve as a representative party on behalf of the class, either individually or as part of a group,  including providing testimony at deposition and trial, if necessary.  I understand that this is not a claim form, and that my ability to share in any recovery as a member of the class is not dependent upon execution of this Plaintiff Certification.

4.    Plaintiff's purchase and sale transaction(s) in the Limelight Networks, Inc. (Nasdaq: LLNW) security that is the subject of this action  during the Class Period is/are as follows :

| Type of Security (common stock, preferred, option, or bond) | Number of Shares | Bought (B) | Sold (S) | Date | Price per share |
|---|---|---|---|---|---|
| See Attached | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

(Please list one transaction per line, and list additional purchase and sale information on a separate sheet of paper, if necessary)

5.    Plaintiff has complete authority to bring a suit to recover for investment losses on behalf of purchasers of the subject securities described herein (including plaintiff, any co-owners, any corporations or other entities, and/or any beneficial owners).

6.    During the three years prior to the date of this Certification, Plaintiff has not sought to serve or served as a representative party for a class in an action filed under the federal securities laws except as described below: _HOA  VAN  LE_.

7.    Plaintiff will not accept any payment for serving as a representative party on behalf of the class beyond the Plaintiff's pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the class as ordered or approved by the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this _10_ day of _September_, 200_7_.

_Hoa Van Le_
Signature

_HOA  VAN  LE_
Print Name

Hoa Van Le

## SCHEDULE A

| Date | Purchase or Sale | Type of Securities | Number of Securities | Price of Securities |
|---|---|---|---|---|
| 6/8/2007 | Purchase | Com Stk | 6,700 | 23.0000 |
| 6/8/2007 | Purchase | Com Stk | 1,800 | 22.8500 |
| 6/8/2007 | Purchase | Com Stk | 500 | 21.9000 |
| 6/21/2007 | Sale | Com Stk | 3,000 | 19.2150 |
| 6/21/2007 | Sale | Com Stk | 2,600 | 19.2000 |
| 6/21/2007 | Sale | Com Stk | 400 | 19.2100 |
| 6/27/2007 | Sale | Com Stk | 1,400 | 17.4000 |
| 6/27/2007 | Sale | Com Stk | 600 | 17.4200 |
| 8/10/2007 | Sale | Com Stk | 1,000 | 8.1301 |

**CERTIFICATION**

I, (print name) _Del G. Nuzum_ ("Plaintiff") declare, as to the claims asserted under the federal securities laws, that:

1.    Plaintiff has reviewed the Complaint, authorizes its filing, and retains Schiffrin Barroway Topaz & Kessler, LLP and such co-counsel it deems appropriate to associate with to pursue such action on a contingent fee basis.

2.    Plaintiff did not purchase the security that is the subject of this action at the direction of Plaintiff's counsel or in order to participate in any private action.

3.    Plaintiff is willing to serve as a representative party on behalf of the class, either individually or as part of a group, including providing testimony at deposition and trial, if necessary.  I understand that this is not a claim form, and that my ability to share in any recovery as a member of the class is not dependent upon execution of this Plaintiff Certification.

4.    Plaintiff's purchase and sale transaction(s) in the Limelight Networks, Inc. (Nasdaq: LLNW) security that is the subject of this action  during the Class Period is/are as follows :

| Type of Security (common stock, preferred, option, or bond) | Number of Shares | Bought (B) | Sold (S) | Date | Price  per share |
|---|---|---|---|---|---|
| See Attached | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

(Please list one transaction per line, and list additional purchase and sale information on a separate sheet of paper, if necessary)

5.    Plaintiff has complete authority to bring a suit to recover for investment losses on behalf of purchasers of the subject securities described herein (including plaintiff, any co-owners, any corporations or other entities, and/or any beneficial owners).

6.    ⋅ During the three years prior to the date of this Certification, Plaintiff has not sought to serve or served as a representative party for a class in an action filed under the federal securities laws except as described below:_____.

7.    Plaintiff will not accept any payment for serving as a representative party on behalf of the class beyond the Plaintiff's pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the class as ordered or approved by the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this _9_ day of _September_, 200_7_

_Del g M_
Signature

_Del G. Nuzum_
Print Name

**Del G. Nuzum**

## SCHEDULE A

| Date | Purchase or Sale | Type of Securities | Number of Securities | Price of Securities |
|------|------------------|--------------------|----------------------|---------------------|
| 8/6/2007 | Purchase | Com Stk | 6,300 | 12.9299 |
| 8/6/2007 | Purchase | Com Stk | 1,050 | 12.5799 |
| 8/13/2007 | Sale | Com Stk | 6,300 | 7.7501 |
| 8/13/2007 | Sale | Com Stk | 1,050 | 7.7501 |

## CERTIFICATION

I, (print name) PAUL A. WALICKIE ("Plaintiff") declare, as to the claims asserted under the federal securities laws, that:

1.    Plaintiff has reviewed the Complaint, authorizes its filing, and retains Schiffrin Barroway Topaz & Kessler, LLP and such co-counsel it deems appropriate to associate with to pursue such action on a contingent fee basis.

2.    Plaintiff did not purchase the security that is the subject of this action at the direction of Plaintiff's counsel or in order to participate in any private action.

3.    Plaintiff is willing to serve as a representative party on behalf of the class, either individually or as part of a group, including providing testimony at deposition and trial, if necessary. I understand that this is not a claim form, and that my ability to share in any recovery as a member of the class is not dependent upon execution of this Plaintiff Certification.

4.    Plaintiff's purchase and sale transaction(s) in the **Limelight Networks, Inc. (Nasdaq: LLNW)** security that is the subject of this action during the Class Period is/are as follows :

| Type of Security (common stock, preferred, option, or bond) | Number of Shares | Bought (B) | Sold (S) | Date | Price per share |
|---|---|---|---|---|---|
| See Attached | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

**(Please list one transaction per line, and list additional purchase and sale information on a separate sheet of paper, if necessary)**

5.    Plaintiff has complete authority to bring a suit to recover for investment losses on behalf of purchasers of the subject securities described herein (including plaintiff, any co-owners, any corporations or other entities, and/or any beneficial owners).

6.    During the three years prior to the date of this Certification, Plaintiff has not sought to serve or served as a representative party for a class in an action filed under the federal securities laws except as described below:_____.

7.    Plaintiff will not accept any payment for serving as a representative party on behalf of the class beyond the Plaintiff's pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the class as ordered or approved by the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this _01_ day of _OCTOBER_, 200 _7_.

_____
Signature

PAUL A. WALICKIE
Print Name

**Paul A. Walicke**

## SCHEDULE A

| Date | Purchase or Sale | Type of Securities | Number of Securities | Price of Securities |
|------|------------------|--------------------|----------------------|---------------------|
| 6/8/2007 | Purchase | Com Stk | 500 | 23.0400 |

# EXHIBIT B

Yahoo! My Yahoo! Mail

Search:

**Web Search**

## YAHOO! FINANCE

**Sign In**
New User? Sign Up

Finance Home - Help

**marketwire**

**Welcome [Sign In]**

To track stocks & more, Register

## Financial News

Enter symbol(s) | Basic | Get | Symbol Lookup

Press Release

Source: Paskowitz & Associates

# Paskowitz & Associates Announces Class Action Suit on Behalf of Limelight Networks, Inc. Investors

Monday August 13, 1:15 pm ET

NEW YORK, NY--(MARKET WIRE)--Aug 13, 2007 -- Paskowitz & Associates has commenced a Class Action lawsuit in the United States District Court for the Southern District of New York on behalf of a class (the "Class") of all persons who purchased or acquired securities of Limelight Networks, Inc. ("Limelight Networks" or the "Company") (NasdaqGM:LLNW - News) between June 8, 2007 and August 8, 2007 (the "Class Period").

For further information you may call toll free, 1-800-705-9529, or contact counsel by e-mail by writing to lpaskowitz@pasklaw.com.

The Complaint alleges that defendants, including the Company's top executives and the co-lead underwriters of its IPO, negligently violated the federal securities laws by issuing a Prospectus in connection with its June 8, 2007 initial public offering ("IPO") that was materially misleading regarding adverse business events that were affecting the Company, including: (a) that revenues were suffering due to greater reliance on television-related sales, which are seasonal; and (b) that Limelight Networks was being forced to resort to deep discounting its services in order to attract and maintain customers for its premier services because of those customers' resistance to paying adequate prices, a development that will impact the Company's June 30, 2007 quarter, and will continue to adversely impact the Company going forward. When the truth about these matters was revealed, Limelight Networks shares dropped substantially.

If you purchased Limelight Networks stock or other securities during the Class Period, you may qualify to serve as Lead Plaintiff on behalf of the Class, which consists of all persons and entities who purchased Limelight Networks stock from June 8, 2007 through August 8, 2007. You are not required to have sold your Limelight Networks holdings in order to claim damages, or to serve in this role. This case will be prosecuted on a contingent fee basis. All motions for appointment as Lead Plaintiff must be filed within 60 days of this Notice. The case has been assigned to the Hon. Paul A. Crotty, and assigned Civil No. 07 CV 7205.

Paskowitz & Associates has many years of successful experience representing shareholders in securities fraud class actions. Our firm will answer all questions, and provide information, at no cost or obligation to you.

*Contact:*

```
Contact:
Paskowitz & Associates
Laurence Paskowitz, Esq.
Toll free: 1-800-705-9529
```

Source: Paskowitz & Associates

Copyright © 2007 Yahoo! Inc. All rights reserved. Privacy Policy - Terms of Service - Copyright Policy - Ad Feedback
Copyright © 2007 Marketwire. All rights reserved. All the news releases provided by Marketwire are copyrighted. Any forms of copying other than an individual user's personal reference without express written permission is prohibited. Further distribution of these materials is strictly forbidden, including but not limited to, posting, emailing, faxing, archiving in a public database, redistributing via a computer network or in a printed form.

# EXHIBIT C

## LIMELIGHT CAPITAL, INC. ESTIMATED LOSSES

| PLAINTIFF | PURCHASE TRANSACTIONS | | | | SALES TRANSACTIONS | | | | ESTIMATED LOSSES |
|---|---|---|---|---|---|---|---|---|---|
| | DATE | SHARES | SHARE PRICE | PURCHASE AMOUNT | DATE | SHARES | SHARE PRICE | SALES AMOUNT | |
| Hoa Van Le | 6/8/2007 | 6,700 | 23.0000 | 154,100.00 | 6/21/2007 | 3,000 | 19.2150 | 57,645.00 | (96,455.00) |
| | 6/8/2007 | 1,800 | 22.8500 | 41,130.00 | 6/21/2007 | 2,600 | 19.2000 | 49,920.00 | 8,790.00 |
| | 6/8/2007 | 500 | 21.9000 | 10,950.00 | 6/21/2007 | 400 | 19.2100 | 7,684.00 | (3,266.00) |
| | | | | | 6/27/2007 | 1,400 | 17.4000 | 24,360.00 | 24,360.00 |
| | | | | | 6/27/2007 | 600 | 17.4200 | 10,452.00 | 10,452.00 |
| | | | | | 8/10/2007 | 1,000 | 8.4649 | 8,464.90 (1) | 8,464.90 |
| | | 9,000 | | | | 9,000 | | | (47,654.10) |
| | | | | | | | | | |
| Del G. Nuzum | 8/6/2007 | 6,300 | 12.9299 | 81,458.37 | 8/13/2007 | 6,300 | 8.2966 | 52,268.58 (1) | (29,189.79) |
| | 8/6/2007 | 1,050 | 12.5799 | 13,208.90 | 8/13/2007 | 1,050 | 8.2966 | 8,711.43 (1) | (4,497.47) |
| | | 7,350 | | | | 7,350 | | | (33,687.26) |
| | | | | | | | | | |
| Paul A. Walicke | 6/8/2007 | 500 | 23.0400 | 11,520.00 | RETAINED | 500 | 8.9026 | 4,451.30 (2) | (7,068.70) |
| | | 500 | | | | 500 | | | (7,068.70) |
| | | | | | | | | | |
| TOTAL FOR THE LE GROUP | | | | | | | | | (88,410.06) |
| | | | | | | | | | |
| CLASS PERIOD: 6/8/07 - 8/8/07, Inclusive | | | | | | | | | |

(1) Pursuant to the PSLRA, shares sold during the 90-days after the end of the Class Period have been assigned the higher price of either the actual sales price as reflected on the Certification or the moving mean average price per share from the end of the Class Period through the date of sale.

(2) For shares retained at the end of the Class Period, estimated losses are calculated by multiplying those shares by the moving mean average price per share of Limelight Networks, Inc. during the 90-days after the end of the Class Period. The price used is $8.9026 as of October 11, 2007.