UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FAISAL MUSTAFA, Individually and on Behalf of All Those Similarly Situated,<br><br>                Plaintiff,<br><br>                vs.<br><br>LIMELIGHT NETWORKS, INC., GOLDMAN SACHS & CO., MORGAN STANLEY & CO., INC., JEFFREY LUNSFORD, NATHAN RACIBORSKI, ALLAN M. KAPLAN, JOSEPH H. GLEBERMAN, and PETER J. PERRONE,<br><br>                Defendants. | ECF CASE<br><br>Civil No. 07-CV-7205 (PAC)<br><br><br>CLASS ACTION |

(Captions Continued. . . .)

**NOTICE OF WITHDRAWAL OF MR. DENNIS GOLD'S MOTION FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF LEAD PLAINTIFF'S SELECTION OF LEAD COUNSEL**

Gregory M. Nespole
Laurence J. Hasson
**WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP**
Attorneys for Plaintiff
270 Madison Avenue
New York, New York 10016
(212) 545-4600

*Counsel for Movant Dennis Gold*

| | |
|---|---|
| TIM RADECKI, Individually and on Behalf of All Those Similarly Situated,<br><br>    Plaintiff,<br><br>  vs.<br><br>LIMELIGHT NETWORKS, INC., JEFFREY W. LUNSFORD, MATTHEW HALE, NATHAN F. RACIBORSKI, ALLAN M. KAPLAN, JOSEPH H. GLEBERMAN, PETER J. PERRONE, GOLDMAN, SACHS & CO., and MORGAN STANLEY & CO., INCORPORATED,<br><br>    Defendants. | ECF CASE<br><br>Civ. No. 07-CV-7394 (PAC)<br><br>CLASS ACTION |
| HENDO WEERNINK, Individually and on Behalf of All Those Similarly Situated,<br><br>    Plaintiff,<br><br>  vs.<br><br>LIMELIGHT NETWORKS, INC., GOLDMAN SACHS & CO., MORGAN STANLEY & CO., INC., JEFFRIES & COMPANY, INC., PIPER JAFFRAY & CO., FRIEDMAN, BILLINGS, RAMSEY & CO., INC., JEFFREY LUNSFORD, MATTHEW HALE, WALTER D. AMARAL, JOSEPH H. GLEBERMAN, FREDERIC W. HARMAN, MARK A. JUNG, ALLAN M. KAPLAN, PETER J. PERRONE, DAVID C. PETERSCHMIDT, NATHAN F. RACIBORSKI, and GARY VALENZUELA,<br><br>    Defendants. | ECF CASE<br><br>Civ. No. 07-CV-7404 (PAC)<br><br>CLASS ACTION |

| | |
|---|---|
| SCOTT KAIRALLA, Individually and on Behalf of All Those Similarly Situated,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>LIMELIGHT NETWORKS, INC., JEFFREY W. LUNSFORD, MICHAL M. GORDON, WILLIAM H. RINEHART, MATTHEW HALE, NATHAN F. RACIBORSKI, WALTER D. AMARAL, JOSEPH H. GLEBERMAN, FREDERIC W. HARMAN, MARK A. JUNG, ALLAN M. KAPLAN, PETER J. PERRONE, DAVID C. PETERSCHMIDT, GARY VALENZUELA, GOLDMAN, SACHS & CO., JEFFRIES & COMPANY, INC., MORGAN STANLEY & CO., INCORPORATED, PIPER JAFFRAY & CO. and FRIEDMAN, BILLINGS, RAMSEY & CO., INC,<br><br>　　　　　Defendants. | ECF CASE<br><br>Civ. No. 07-CV-7417 (PAC)<br><br><br><br>CLASS ACTION |
| BENJAMIN PAUL, Individually and on Behalf of All Those Similarly Situated,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>LIMELIGHT NETWORKS, INC., GOLDMAN SACHS & CO., MORGAN STANLEY & CO., INC., JEFFREY w. LUNSFORD, NATHAN F. RACIBORSKI, and ALLAN M. KAPLAN,<br><br>　　　　　Defendants. | ECF CASE<br><br>Civ. No. 07-CV-7432 (PAC)<br><br><br><br>CLASS ACTION |

3

| | |
|---|---|
| ALICE ARTIS, Individually and on Behalf of All Those Similarly Situated,<br><br>     Plaintiff,<br><br> vs.<br><br>LIMELIGHT NETWORKS, INC., JEFFREY W. LUNSFORD, MATTHEW HALE, NATHAN RACIBORSKI, MICHAEL W. GORDON, WILLIAM H. RINEHART, ALLAN M. KAPLAN, WALTER D. AMARAL, JOSEPH H. GLEBERMAN, FEDERC W. HARMON, MARK A. JUNG, PETER J. PERRONE, DAVID C. PETERSCHMIDT, GARY VALENZUELA, GOLDMAN SACHS & CO., MORGAN STANLEY & CO., INC., JEFFRIES & COMPANY, INC., PIPER JAFFRAY & CO., FRIEDMAN, BILLINGS, RAMSEY & CO., INC.,<br><br>     Defendants. | ECF CASE<br><br>Civ. No. 07-CV-7475 (PAC)<br><br>CLASS ACTION |

4

Movant Dennis Gold ("Movant") hereby withdraws his motion for: (i) consolidation of the actions referenced in the instant captions (the "Actions"); (ii) appointment as Lead Plaintiff, pursuant to Section 27(a)(3)(B) of the Securities Act of 1933 and Section 21D(a)(3)(B) of the Securities and Exchange Act of 1934, as amended by the Private Securities Litigation Reform Act of 1995 ("PSLRA"); and (iii) approval of his selection of Lead Counsel.

Dated: October 26, 2007
New York, New York

          Respectfully submitted,

          **WOLF HALDENSTEIN ADLER**
          **FREEMAN & HERZ LLP**

          By: _____/s/_____
              Gregory M. Nespole (GN 6820)
              Laurence J. Hasson (LH 5834)
              270 Madison Avenue
              New York, New York 10016
              Telephone: (212) 545-4600
              Facsimile: (212) 545-4653

          *Counsel for Movant Dennis Gold*

Brian M. Felgoise, Esq.
**LAW OFFICES OF BRIAN M. FELGOISE, P.C.**
The Pavilion
261 Old York Road – Suite 423
Jenkintonw, PA 19046
P: 215-886-1900
F: 215-886-1909

492220